Mr. Lonnie Thompson
#640-614
Madison Correctional Institution
P.O. Box 56
London, OH 43140




Clerk of the Court
United States Federal Courthouse
Carl B. Stokes Federal Building
801 Superior Ave. Rm. 2-161
Cleveland, OH 44113-1830

Registered Return Receipt
Certified Mail