UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

LONNIE THOMPSON,

    Plaintiff,

    v.

HENSLEY et. al,

    Defendant(s).

**AFFIDAVIT OF PRISONER**

Case Number:

I, __Lonnie Thompson_____, declare that I am the

__XX__ plaintiff/petitioner
_____ defendant/respondent    _____ other

in the above-entitled proceeding. I am requesting to proceed without being required to prepay the entire filing fee. In support of my request, I state that because of my poverty, I am unable to prepay the entire filing fee or give security therefor.

In further support of this request, I answer the following questions.

1. Are you presently employed?
__XX__ yes _____ no

    a. If the answer is "yes" state the amount of your salary or wages per month.

        $ 16.00 Prison Pay

    b. If the answer is "no" state the date of last employment and the amount of the salary and wages per month which you received.

2. Do you have a work, program or status assignment, or other circumstance which causes you to be paid by the agency which has custody of you?
__XX__ yes _____ no

If the answer is "yes" state the amount paid or credited to you each month.

$ 16.00

3. Have you received, within the past twelve months, any money from any of the following sources?

    a. Business, profession or other form of self-employment?
    \_\_\_\_\_yes _XX_ no

    b. Rent payments, interest or dividends?
    \_\_\_\_\_yes _XX_ no

    c. Pensions, annuities or life insurance payments?
    \_\_\_\_\_yes _XX_ no

    d. Gifts or inheritances?
    \_\_\_\_\_yes _XX_ no

    e. Any other sources?
    _XX_ yes \_\_\_\_\_ no

If you answered "yes" to any of the above questions, describe each source of money and state the amount received from each during the past twelve months.
    SEE ATTACHED INMATE ACCOUNT STATEMENT

4. Do you own any cash, or do you have money in checking or savings accounts?
    \_\_\_\_\_yes _XX_ no

If the answer is "yes" state the total value of the items owned?


I declare under penalty of perjury that the foregoing is true and correct.

Executed on 08/21/2023
    Date

Signature of Applicant
Mr. Lonnie Thompson

## CERTIFICATE

### (To be completed by the institution of incarceration)

I certify that the applicant named herein ha the sum of $ __7.29__ on account to his/her credit at (name of institution) __R.C.I.__ . I further certify that during the past six months the applicant's average monthly balance was $ __30.33__ and the applicant's average monthly deposits were $ __116.82__ . I have attached a certified copy of the applicant's prison trust fund account statement showing at least the past six months' transactions.

I further certify that the applicant does/does not have a secondary savings account(s) such as a certificate of deposit or savings bond. The secondary account(s) balance is $ __Ø__ .

__5/23/23__
DATE

__[signature]__
SIGNATURE OF AUTHORIZED OFFICER

LoNNie Thompson
# A640614

8