05/23/2023

# Ross Correctional Institution

## Inmate Demand Statement

| Inmate Name: | THOMPSON, LONNIE B | Number: A640614 |
|---|---|---|
| Lock Location: | RCI,HJ,A,,,135B | |

Date Range: 12/01/2022 Through 05/24/2023

| Beginning Account Balances: | | | | Ending Account Balances: | | | |
|---|---|---|---|---|---|---|---|
| | Saving | Debt | Payable | | Saving | Debt | Payable |
| Inmate's Perso | $29.72 | $0.00 | $0.00 | Inmate's Personal | $7.29 | $0.00 | $0.00 |
| **Begin Totals** | **$29.72** | **$0.00** | **$0.00** | **End Totals** | **$7.29** | **$0.00** | **$0.00** |

| Transaction Date / Inst. | Transaction Amount | Description | Comment | Saving Balance | Debt Balance | Payable Balance |
|---|---|---|---|---|---|---|
| 12/01/2022 RCI | ($15.00) | Inmate's Personal Account | POS Exemption Transfer | $14.72 | $0.00 | $0.00 |
| 12/01/2022 RCI | $15.00 | Pos Exemption | POS Exemption Transfer | $29.72 | $0.00 | $0.00 |
| 12/05/2022 RCI | $86.05 | OffConnect Kiosk Deposit | 21377043734445/Wilson, Ida | $115.77 | $0.00 | $0.00 |
| 12/08/2022 RCI | ($96.39) | Commissary Sale | Ticket Number 602232 | $19.38 | $0.00 | $0.00 |
| 12/09/2022 RCI | $10.50 | State Pay | State Pay | $29.88 | $0.00 | $0.00 |
| 12/18/2022 RCI | $61.05 | OffConnect Kiosk Deposit | 21388286621486/Wilson, Ida | $90.93 | $0.00 | $0.00 |
| 12/18/2022 RCI | ($4.25) | Inmate's Personal Account | Transfer Funds for JPay Media Credits | $86.68 | $0.00 | $0.00 |
| 12/18/2022 RCI | $4.25 | Pos Exemption | Transfer Funds for JPay Media Credits | $90.93 | $0.00 | $0.00 |
| 12/18/2022 RCI | ($4.25) | JPay Media Credits | Automated JPay Media Credits | $86.68 | $0.00 | $0.00 |
| 12/21/2022 RCI | ($68.77) | Commissary Sale | Ticket Number 604024 | $17.91 | $0.00 | $0.00 |
| 12/23/2022 RCI | ($2.00) | Medical Co-Payment | DOS 12/22/2022 | $15.91 | $0.00 | $2.00 |
| 12/24/2022 RCI | $71.05 | OffConnect Kiosk Deposit | 21388292161711/Wilson, Ida | $86.96 | $0.00 | $2.00 |

| Date | Description | Reference | Balance | | |
|---|---|---|---|---|---|
| 12/30/2022 RCI | ($2.00) Medical Co-Payment | DOS 12/22/2022 | $84.96 | $0.00 | $4.00 |
| 12/30/2022 RCI | ($4.00) Payment to Medical Co-Pay Fund | PAID 12/30/2022 | $84.96 | $0.00 | $0.00 |
| 01/01/2023 RCI | ($15.00) Inmate's Personal Account | POS Exemption Transfer | $69.96 | $0.00 | $0.00 |
| 01/01/2023 RCI | $15.00 Pos Exemption | POS Exemption Transfer | $84.96 | $0.00 | $0.00 |
| 01/05/2023 RCI | $100.00 OffConnect Kiosk Deposit | 21405121199013/Hughes, Deborah L. | $184.96 | $0.00 | $0.00 |
| 01/06/2023 RCI | $15.50 State Pay | State Pay | $200.46 | $0.00 | $0.00 |
| 01/06/2023 RCI | ($0.20) Copy Charges | COPIES | $200.26 | $0.00 | $0.00 |
| 01/08/2023 RCI | $41.05 OffConnect Kiosk Deposit | 21413991954349/Wilson, Ida | $241.31 | $0.00 | $0.00 |
| 01/10/2023 RCI | ($0.45) Copy Charges | COPIES | $240.86 | $0.00 | $0.00 |
| 01/10/2023 RCI | ($135.43) Commissary Sale | Ticket Number 605471 | $105.43 | $0.00 | $0.00 |
| 01/19/2023 RCI | ($0.30) Copy Charges | COPIES | $105.13 | $0.00 | $0.00 |
| 01/20/2023 RCI | ($2.00) Medical Co-Payment | DOS 1/16/2023 | $103.13 | $0.00 | $2.00 |
| 01/25/2023 RCI | ($65.33) Commissary Sale | Ticket Number 607139 | $37.80 | $0.00 | $2.00 |
| 02/01/2023 RCI | ($15.00) Inmate's Personal Account | POS Exemption Transfer | $22.80 | $0.00 | $2.00 |
| 02/01/2023 RCI | $15.00 Pos Exemption | POS Exemption Transfer | $37.80 | $0.00 | $2.00 |
| 02/01/2023 RCI | ($2.00) Payment to Medical Co-Pay Fund | PAID 1/31/2023 | $37.80 | $0.00 | $0.00 |
| 02/03/2023 RCI | $20.00 State Pay | State Pay | $57.80 | $0.00 | $0.00 |
| 02/08/2023 RCI | ($56.77) Commissary Sale | Ticket Number 608351 | $1.03 | $0.00 | $0.00 |
| 02/14/2023 RCI | ($0.40) Copy Charges | COPIES | $0.63 | $0.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| RCI 02/18/2023 | | $46.05 OffConnect Kiosk Deposit | 214581064681327/Wilson, Ida | $46.68 | $0.00 | $0.00 |
| RCI 02/22/2023 | | ($43.71) Commissary Sale | Ticket Number 610322 | $2.97 | $0.00 | $0.00 |
| RCI 03/01/2023 | | $0.00 $15.00 Reservation to Pos Exemption | Odrc Pos Exemption | $2.97 | $0.00 | $0.00 |
| RCI 03/02/2023 | | $86.05 OffConnect Kiosk Deposit | 214659571624057/Wilson, Ida | $89.02 | $0.00 | $0.00 |
| RCI 03/03/2023 | | $20.00 State Pay | State Pay | $109.02 | $0.00 | $0.00 |
| RCI 03/09/2023 | | ($97.16) Commissary Sale | Ticket Number 611948 | $11.86 | $0.00 | $0.00 |
| RCI 03/25/2023 | | $71.05 OffConnect Kiosk Deposit | 214956144674937/Wilson, Ida | $82.91 | $0.00 | $0.00 |
| RCI 03/27/2023 | | ($56.61) Commissary Sale | Ticket Number 613414 | $26.30 | $0.00 | $0.00 |
| RCI 04/01/2023 | | ($15.00) Inmate's Personal Account | POS Exemption Transfer | $11.30 | $0.00 | $0.00 |
| RCI 04/01/2023 | | $15.00 Pos Exemption | POS Exemption Transfer | $26.30 | $0.00 | $0.00 |
| RCI 04/07/2023 | | $20.00 State Pay | State Pay | $46.30 | $0.00 | $0.00 |
| RCI 04/11/2023 | | ($29.20) Commissary Sale | Ticket Number 614655 | $17.10 | $0.00 | $0.00 |
| RCI 04/25/2023 | | ($16.89) Commissary Sale | Ticket Number 616480 | $0.21 | $0.00 | $0.00 |
| RCI 05/01/2023 | | $0.00 $15.00 Reservation to Pos Exemption | Odrc Pos Exemption | $0.21 | $0.00 | $0.00 |
| RCI 05/05/2023 | | $16.50 State Pay | State Pay | $16.71 | $0.00 | $0.00 |
| RCI 05/17/2023 | | $36.05 OffConnect Kiosk Deposit | 215433406547587/Wilson, Ida | $52.76 | $0.00 | $0.00 |
| RCI 05/18/2023 | | ($44.59) Commissary Sale | Ticket Number 619036 | $8.17 | $0.00 | $0.00 |
| RCI 05/22/2023 | | ($0.88) Commissary Sale | Ticket Number 619226 | $7.29 | $0.00 | $0.00 |

RCI

Outstanding Debts:

| Start Date | Description | Case | Agency | County | Total Debt | Paid to Date | Balance Owed |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| | | |
|---|---|---|
| | **Total Outstanding Case Balances** | **$0.00** |

Outstanding Holds:

| Start Date | Description | Case | Agency | County | Total Debt | Paid to Date | Balance Owed |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| | | |
|---|---|---|
| | **Total Outstanding Case Holds** | **$0.00** |

Outstanding Investments / EPC:

| Investment Type | Investment Type Description | Invest Company | Company Description | Balance |
|---|---|---|---|---|
| | | | | |