| Description | Beginning | Ending | Amount |
|---|---|---|---|
| Resident Id: A640614 | | | |
| Last Name: THOMPSON | | | |
| First Name: LONNIE | | | |
| Middle Name: B | | | |
| | | | |
| Total Deposits | 11/24/2022 12:00:00 AM | 5/24/2023 12:00:00 AM | $700.90 |
| Average Monthly Deposits | 11/24/2022 12:00:00 AM | 5/24/2023 12:00:00 AM | $116.82 |
| | | | |
| Total 1st Day Balances | 11/24/2022 12:00:00 AM | 5/24/2023 12:00:00 AM | $181.96 |
| Average 1st Day Balances | 11/24/2022 12:00:00 AM | 5/24/2023 12:00:00 AM | $30.33 |
| | | | |
| Balance as of | | 5/24/2023 12:00:00 AM | $7.29 |
| Current Balance | | 5/24/2023 12:00:00 AM | $7.29 |
| | | | |
| FFF Initial Payment as of | | 5/24/2023 12:00:00 AM | $23.36 |
| | | | |
| Total Pay (State, OPI, Commis | 11/24/2022 12:00:00 AM | 5/24/2023 12:00:00 AM | $102.50 |
| Average Total Pay Monthly De | 11/24/2022 12:00:00 AM | 5/24/2023 12:00:00 AM | $17.08 |
| Total Commissary Expenditure | 11/24/2022 12:00:00 AM | 5/24/2023 12:00:00 AM | $711.73 |
| | | | |
| I certify this document is a tru | | | |
| of the inmate's financial record | | | |
| | | | |
| Signature: *[signature]* | | | |
| Ryan D Carroll | | | |
| Ross Correctional Institution | | | |
| 16149 St. Rt. 104 | | | |
| Chillicothe OH 45601 | | | |