UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

FILED

OCT 16 2023

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | | |
|---|---|---|
| LONNIE THOMPSON, | ) | Case No. **1:23-cv-01656-PAB** |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | |
| | ) | **Honorable Judge Barker** |
| HENSLEY et. al., | ) | |
| Defendants. | ) | |

## MOTION TO AMEND COMPLAINT
### RULE 15

Now comes the Plaintiff, Lonnie Thompson, pro-se in the above captioned case, who respectfully request permission from this Honorable Court to Amend said complaint filed in this court on August 25, 2023. For the following reasons set forth in the attached Memorandum In Support.

Respectfully submitted,

_Mr. Lonnie Thompson_

Mr. Lonnie Thompson, pro-se

# 640-614

Madison Correctional Institution

Post Office Box 740

London, OH 43140

## MEMORANDUM IN SUPPORT

The Plaintiff, Lonnie Thompson, pro-se, hereafter known as the Plaintiff, request this court to Grant him permission to Amend Complaint. Due to the fact that in the original Complaint that was filed, at the Statement Of Claim, the facts were not included due to the Plaintiff trying to meet the deadline for filing the complaint, that the statements were left out of the complaint.

The Plaintiff now needs and request the Motion To Amend be considered and Granted by this Honorable Court so that the filing will be complete. If the Court Grants said Motion To Amend, attached is the new Amended Complaint to be filed.

*Mr. Lonnie Thompson*

Mr. Lonnie Thompson, pro-se
\# 640-614
Madison Correctional Institution
Post Office Box 740
London, OH  43140