Mr. Lonnie Thompson
#640-614
Madison Correctional Institution
Post Office Box 740
London, OH 43140



Office of the Clerk
United States District Court
Northern District of Ohio
Carl B. Stokes United States Court House
801 West Superior Avenue
Cleveland, OH  44113-1830