Mr. Lonnie Thompson
#640-614
Richland ~~Correctional~~ Correctional Institution
Post Office Box 8107
Mansfield, OH 44901

Inmate
Correspond
RICI

Clerk of the Court
United States District Courthouse
Carl B. Stokes Federal Building
801 West Superior Ave, Rm 2-161
Cleveland, OH 44113-1830