IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
MAR 0 6 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

Lonnie Thompson,
    Plaintiff,
v.

Ms. Hensley, et. al.,
    Defendants.

Case No. 1:23-cv-01656

Honorable Judge Pamela A Barker

Magistrate Judge James E. Grimes Jr.

## MOTION FOR EXTENSION OF TIME
Pursuant to U.S.C. Fed.R.Civ.P. Rule 6

Now comes the Plaintiff, Lonnie Thompson, pro-se who requests that this Honorable Court grants his Motion For Extension Of Time. For reasons of good cause and good faith further explained in the attached Memorandum In Support.

Respectfully submitted,

*[signature]*
Lonnie Thompson, pro-se
# 640-614
Richland Correctional Inst.
Post Office Box 8107
Mansfield, OH 44901