## MEMORANDUM IN SUPPORT

Pursuant to U.S.C. Fed.R.Civ.P. Rule 6, the Plaintiff, Lonnie Thompson requests that this Honorable Court grants this Motion For Extension of Time due to the fact that the plaintiff received the Defendant Cardaras' Answer To Plaintiff's Amended Complaint six (6) days after it was mailed to him.

Plaintiff hopes to show good cause and good faith as to why an Extension of Time should be granted. Defendant's Answer To Complaint needs a great deal of explanations of detail for the plaintiff to give a fair and sound reply.

Wherefore, the plaintiff requests this Honorable Court to grant him thirty (30) days to reply. The plaintiff desire to be within the rules of the court and have permission.

Respectfully submitted,

Lonnie Thompson, pro-e
# 640-614
Richland Correctional Inst.
Post Office Box 8107
Mansfield, OH 44901

## CERTIFICATE OF SERVICE

I, Lonnie Thompson do swear that a copy of the Motion For Extension Of Time was mailed via the United States Postal Service through the inmate mail service located at Richland Correctional Inst., mailbox to the Ohio Attorney General Office located at 30 E. Broad St., 23rd Floor, Columbus, OH 43215 on this 29th day of February, 2024.

Lonnie Thompson, pro-e
# 640-614