Mr Lonnie Thompson
#640614
Richland Correctional Institution
Post Office Box 8107
Mansfield, OH 44901



Honorable Clerk of Courts
Carl B. Stokes Federal Courthouse
United States District Court
801 W. Superior. Ave
Cleveland, OH 44113

44113$1830 C017