IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
MAR 15 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

LONNIE THOMPSON

    Plaintiff,

Case No. 1:23-cv-01656

v.

JUDGE PAMELA A. BARKER

HENSLEY, et. al.,

MAGISTRATE JUDGE JAMES E. GRIMES. JR.

    Defendants.

## MOTION FOR THE APPOINTMENT OF COUNSEL

Now comes the Plaintiff, Lonnie Thompson, pursuant to §1915, requests this Honorable Court to appoint counsel in this case to represent him in litigation for the following reasons:

1. The plaintiff cannot afford counsel.

2. The issues in this case are complex and will require expert witness and/or testimony.

3. The plaintiff has little to no knowledge of the law as it pertains to Federal law.

4. The plaintiff has written to four (4) different attorneys requesting if any one of them could possibly take on my case. (Attorneys Ari M. Goldstein, 571 East 185th Street, Cleveland, OH 44119, Attorney Steven M. Goldberg, 31300 Solon Road, Solon, OH 44139, Paul Mancino III, 100 American Road, Brooklyn, OH 44144 and Attorney Paul Mancino 1280 W. 3rd St Cleveland, OH 44113-2098. I have not heard back from any of the attorneys.

5. There are a number of defendants involved in this case and this litigation centers around the technical and detailed aspects of a medical harm done to the plaintiff.

Wherefore, the plaintiff requests this Honorable Court to grant this Motion for The Appointment of Counsel to represent the plaintiff.

Respectfully submitted,

_Lonnie Thompson_
Lonnie Thompson, pro-s

1