Mr. Lonnie Thompson
#640614
Richland Correctional Institution
Post Office Box 8107
Mansfield, OH 44901

US POSTAGE
ZIP 44903
$ 002.11

Clerk of the Court
United States Federal Courthouse
Carl B. Stokes Federal Courthouse.
801 Superior Ave,  Rm 2-161
Cleveland, OH 44113