**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

FILED
JUL 23 2024
U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Lonnie Thompson | 1:23-cv-1656 |
| **DEFENDANT** | **TYPE OF PROCESS** |
| Hensley, et. al., | Order of Possession |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Julie A. Hensley, ~~Health Care Administrator (Mansfield Corr. Inst.)~~

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
~~1150 N. Main St., Mansfield, OH 44901~~
1627 Taylortown Rd
Shelby, OH 44875

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

~~Mr. Lonnie Thompson, # 640-614~~
~~Madison Correctional Institution~~
~~1851 State Route 56~~
~~P.O. Box 740~~
~~London, OH   43140~~

Joseph Sobecki
405 Madison Ave., Ste. 910
Toledo, OH 43604

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 13 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Fold

Signature of Attorney other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
Mr. Lonnie Thompson /JS

TELEPHONE NUMBER: 419-283-9282
DATE: ~~08/21/2023~~ 6/21/24

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | 60 | 60 | D Mullins | 6/25/24 |

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above):

Date: 6/28/24   Time: 1028   ☒ am ☐ pm

Signature of U.S. Marshal or Deputy: D Mullins

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 8- | — | — | 8- | — | $0.00 |

REMARKS:
FED EX

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

Dear Customer,

The following is the proof-of-delivery for tracking number: 777057391697

| Delivery Information: | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Residence |
| Signed for by: | D.OUG | Delivery Location: | |
| Service type: | FedEx Express Saver | | |
| Special Handling: | Deliver Weekday; Residential Delivery; Adult Signature Required | | SHELBY, OH, |
| | | Delivery date: | Jun 28, 2024 10:28 |

| Shipping Information: | | | |
|---|---|---|---|
| Tracking number: | 777057391697 | Ship Date: | Jun 26, 2024 |
| | | Weight: | 0.5 LB/0.23 KG |

| Recipient: | Shipper: |
|---|---|
| SHELBY, OH, US, | Toledo, OH, US, |

FedEx Express proof-of-delivery details appear below; however, no signature is currently available for this shipment. Please check again later for a signature.

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| PLAINTIFF: Lonnie Thompson | COURT CASE NUMBER: 1:23-cv-1656 |
| DEFENDANT: Hensley, et. al., | TYPE OF PROCESS: Order of Possession |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
~~Newland, Nurse Practitioner (Mansfield Corr. Inst.)~~ Kendra L. Newland

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
~~1150 N. Main St., Mansfield, OH 44901~~  1255 Carteberry Ln Mansfied, OH 44906

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Mr. Lonnie Thompson, # 640-614
~~Madison Correctional Institution~~
~~1851 State Route 56~~ Joseph Sobecki   910
~~P.O. Box 740~~ 405 Madison Ave, Ste. ~~90~~
~~London, OH 43140~~ Toledo, OH 43604

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 13
Check for service on U.S.A.

FILED JUL 23 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF [ ] DEFENDANT
Mr. Lonnie Thompson  JS
TELEPHONE NUMBER: 419-283-9282
DATE: ~~05/21/2023~~ 6/21/24

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| 1 | No. 00 | No. 00 | D Mullins | 6/25/24 |

I hereby certify and return that I [ ] have personally served, [X] have legal evidence of service, [X] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):

[ ] A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above):

Date: 6/28/24  Time: 1635 [X] pm

Signature of U.S. Marshal or Deputy: D Mullins

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $— | — | — | $— | — | $0.00 |

REMARKS: FED EX

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

Dear Customer,

The following is the proof-of-delivery for tracking number: 777057433778

| Delivery Information: | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | FedEx Location |
| Signed for by: | K. NEWLAND | Delivery Location: | |
| Service type: | FedEx Express Saver | | |
| Special Handling: | Hold at Location; Adult Signature Required | | MANSFIELD, OH, |
| | | Delivery date: | Jun 28, 2024 16:35 |

| Shipping Information: | | | |
|---|---|---|---|
| Tracking number: | 777057433778 | Ship Date: | Jun 26, 2024 |
| | | Weight: | 0.5 LB/0.23 KG |
| Recipient: | | Shipper: | |
| MANSFIELD, OH, US, | | Toledo, OH, US, | |

FedEx Express proof-of-delivery details appear below; however, no signature is currently available for this shipment. Please check again later for a signature.

U.S. Department of Justice
United States Marshals Service

PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | Lonnie Thompson | COURT CASE NUMBER 1:23-CV-1656 |
|---|---|---|
| DEFENDANT | Hensley, et. al., | TYPE OF PROCESS Order of Possession |

SERVE AT
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
~~Dr. Ojukwu, (Mansfield Corr. Inst.)~~ Ifeoma Ojukwu
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
~~1150 N. Main St., Mansfield, OH 44901~~ 147 Mallard Creek Rd. Lagrange, OH 44050

FILED JUL 23 2024 CLERK NORTHERN DISTRICT COURT TOLEDO, DISTRICT OF OHIO

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Mr. Lonnie Thompson, # 640-614
~~Madison Correctional Institution~~
~~1851 State Route 56~~ Joseph Sobecki
~~P.O. Box 740~~ 405 Madison Ave., Ste. 910
~~London, OH 43140~~ Toledo, OH 43604

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: ~~1~~ 3
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF [ ] DEFENDANT   JS
TELEPHONE NUMBER 419-283-9282
DATE 08/24/2023  6/21/24

SPACE BELOW FOR USE OF U.S. MARSHAL ONLY -- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated.
Total Process: 1
District of Origin: No. 06
District to Serve: No. 06
Signature of Authorized USMS Deputy or Clerk: D Mullins
Date: 6/25/24

I hereby certify and return that I [ ] have personally served, [X] have legal evidence of service, [X] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):

[ ] A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above):

Date: 6/28/24  Time: 1504 [X] pm
Signature of U.S. Marshal or Deputy: D Mullins

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 8- | — | — | 8- | — | $0.00 |

REMARKS: FED-EX

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

Dear Customer,

The following is the proof-of-delivery for tracking number: 777057477733

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Residence |
| **Signed for by:** | R.OKJUKO | **Delivery Location:** | |
| **Service type:** | FedEx Express Saver | | |
| **Special Handling:** | Deliver Weekday; Residential Delivery; Adult Signature Required | | LAGRANGE, OH, |
| | | **Delivery date:** | Jun 28, 2024 15:04 |

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 777057477733 | **Ship Date:** | Jun 26, 2024 |
| | | **Weight:** | 0.5 LB/0.23 KG |
| **Recipient:** | | **Shipper:** | |
| LAGRANGE, OH, US, | | Toledo, OH, US, | |

FedEx Express proof-of-delivery details appear below; however, no signature is currently available for this shipment. Please check again later for a signature.