**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Lonnie Thompson | 1:23-cv-1656 |
| DEFENDANT | TYPE OF PROCESS |
| Julie Hensley, et al. | |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Sherry Lynn Cornwell
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
2324 Apple Valley Drive Howard, Ohio 43028

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW
Joseph Sobecki
405 Madison Avenue, Suite 910
Toledo, Ohio 43604

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):
Serve summons and amended complaint.

FILED
APR 11 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

Signature of Attorney other Originator requesting service on behalf of:
Joseph Sobecki
Digitally signed by Joseph Sobecki
Date: 2025.01.10 16:09:38 -05'00'

[X] PLAINTIFF
[ ] DEFENDANT

TELEPHONE NUMBER: (419) 283-9282
DATE: 1/10/2025

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 60 | District to Serve No. 60 | Signature of Authorized USMS Deputy or Clerk | Date 4/7/2025 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I [ ] have personally served, [X] have legal evidence of service, [X] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

Date: 4/10/25  Time: 12:24  [ ] am [X] pm

Address (complete only different than shown above)

Signature of U.S. Marshal or Deputy

Costs shown on *attached USMS Cost Sheet* >>

REMARKS: Sent via FedEx. Signed for by S. Cornwell

Form USM-285
Rev. 03/21

**FedEx**

April 10, 2025

Dear Customer,

The following is the proof-of-delivery for tracking number: 880361247860

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Residence |
| Signed for by: | S.Cornwell | Delivery Location: | 2324 Apple Valley Drive |
| Service type: | FedEx Express Saver | | |
| Special Handling: | Deliver Weekday; Residential Delivery; Adult Signature Required | | HOWARD, OH, 43028 |
| | | Delivery date: | Apr 10, 2025 12:24 |

## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 880361247860 | Ship Date: | Apr 8, 2025 |
| | | Weight: | 0.5 LB/0.23 KG |

Recipient:
Sherry Lynn Cornwell,
2324 Apple Valley Drive
HOWARD, OH, US, 43028

Shipper:
Jeffrey Oleksiak, United States Marshals Service
801 W SUPERIOR AVE
CLEVELAND, OH, US, 44113



S. CORNWELL
#38, 12:25, 1 Del, 0 NonDel

Thank you for choosing FedEx

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | | |
|---|---|---|
| Lonnie Thompson | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 1:23-cv-1656 |
| Julie Hensley, et al., | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Sherry Lynn Cornwell
2324 Apple Valley Drive
Howard, Ohio 43028

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joseph Sobecki
405 Madison Avenue, Suite 910
Toledo, Ohio 43604
Direct: (419) 283-9282
Office: (419) 242-9908

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*SANDY OPACICH, CLERK OF COURT*

Date: 01/31/2025

s/ Mark T. Matyas
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:23-cv-1656

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Sherry Lynn Cornwell
was received by me on *(date)* 4/7/2025.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: Sent via FedEx. Signed for by S. Cornwell

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 4/10/2025

*Server's signature*

Jeffrey P. Oleksiak, Investigative Analyst
*Printed name and title*

801 W. Superior Ave, Cleveland, OH 44113
*Server's address*

Additional information regarding attempted service, etc: