# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **Lonnie Thompson,** | : | |
| | : | **Case No. 1:23-CV-01656** |
| **Plaintiff,** | : | |
| | : | **Judge Pamela A. Barker** |
| v. | : | |
| | : | **Magistrate Judge James E. Grimes Jr.** |
| **Hensley, et al.,** | : | |
| | : | |
| **Defendants.** | : | |

## DEFENDANTS JULIE A. HENSLEY, KENDRA L. NEWLAND, IFEOMA OJUKWU, KELLI CADARAS AND INTERESTED PARTY, STATE OF OHIO'S NOTICE OF SUBSTITUTION OF COUNSEL

Please take notice that Assistant Attorney General Mindy A. Worly enters her appearance in substitution[1] for Assistant Attorney General Matthew P. Convery as lead counsel for Defendants Julie A. Hensley, Kendra L. Newland, Ifeoma Ojukwu, Kelli Cadaras, and Interested Party, State of Ohio.[2]  Attorney Convery has accepted employment outside of the Ohio Attorney General's Office and will no longer represent the defendants in this action.  He may be removed from the docket.  Assistant Attorney General D. Chadd McKitrick will continue to serve as co-counsel for these defendants.

---

[1] The Ohio Department of Rehabilitation and Correction's Legal Services are aware of the change in counsel and give their approval.

[2] The Ohio Attorney General may appear in any civil action in order to protect the interest of the State even though no request for appearance has been made by the officer or employee. See Ohio Rev. Code Ann. § 109.361. Such appearance does not waive personal service and any defenses available at law. Here, Plaintiff filed an amended complaint naming additional defendants Cornwell and Wheeler.  Service does not appear to be perfected, nor has a request for representation been received. Should the Plaintiff perfect service on these Defendants, the State of Ohio could be statutorily obligated to represent them. This constitutes the State of Ohio's interest.

All pleadings and correspondence should be directed to the undersigned at the addresses, telephone numbers, fax numbers, and e-mail addresses listed below. This Notice of Substitution of Counsel is effective immediately.

Respectfully submitted,

DAVE YOST
Ohio Attorney General


s/ *Mindy Worly*
MINDY WORLY (0037395)
*Lead Counsel*
D. CHADD MCKITRICK (0073750)
*Co-counsel*
Assistant Attorneys General
Criminal Justice Section
Corrections Litigation Unit
30 E. Broad Street, 23rd Floor
Columbus, Ohio 43215
Office: (614) 644-7233/Fax: (866) 474-4985
Mindy.Worly@OhioAGO.gov
Office: (614) 644-7233/Fax: (866) 359-3383
Daniel.McKitrick@OhioAGO.gov

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing *Defendants Julie A. Hensley, Kendra L. Newland, Ifeoma Ojukwu, Kelli Cadaras, and Interested Party, State of Ohio's Notice of Substitution of Counsel,* has been electronically filed on April 21, 2025, and served via prepaid, U.S. mail on *pro se* Plaintiff at the below address:

Lonnie Thompson, A640614
Richland Correctional Institution
P.O. Box 8107
Mansfield, OH 44901

s/ *Mindy Worly*
MINDY WORLY (0037395)
Senior Assistant Attorney General
