IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Lonnie Thompson,<br><br>    Plaintiff,<br><br> vs.<br><br>Julie A. Hensley, *et al.*,<br><br>    Defendants. | CASE NO. 1:23-cv-1656<br><br>DISTRICT JUDGE<br>Pamela A. Barker<br><br>MAGISTRATE JUDGE<br>James E. Grimes Jr.<br><br>**ORDER** |

On April 17, 2025, *pro se* Plaintiff Lonnie Thompson filed a motion asking for an extension of time for fact discovery and other case deadlines. *See* Docs. 66, 67.[1] His motion did not address whether Defendants agreed to the requested extension, so the Court ordered Defendants to respond. On April 21, 2025, Defendants responded. Doc. 68. Defendants agreed to the extended schedule so long as the extended deadlines apply to both parties. Doc. 68, at 2. With slight modification, Thompson's motions for extension of case deadlines are GRANTED.

---

[1] Thompson filed an amended motion without leave the next day. *See* Doc. 67. The substance of the two motions is nearly identical in that they both request a 90-day extension. The amended motion simply corrected that Thompson is the Plaintiff in this matter, not Defendant. Because both motions request the same extension, this Order addresses both motions by establishing the new deadlines described.

The amended case deadlines are as follows:

- Fact Discovery Deadline: August 1, 2025

- Expert Discovery Deadline: September 5, 2025

- Rebuttal Expert Report Deadline: October 3, 2025

- Summary Judgment Deadline: November 3, 2025.

Considering the length of time provided in this extension, the fact that this is the second extension granted, and the amount of time that this case has been pending, future motions to extend any deadline will not be granted absent extraordinary circumstances.

IT IS SO ORDERD.

Dated: April 22, 2025

*/s/ James E. Grimes Jr.*
James E. Grimes Jr.
U.S. Magistrate Judge