Mr. lonnie Thompson
# 640-614
Richland Correctional Institution
Post Office Box 8107
mansfield, OH 44901

CLEVELAND Inmate 440
Correspondence
7 MAY 2025 RICI PM 2 L

Honorable Clerk of Court
United States District Courthouse
801 West Superior Ave
Cleveland, OH  44113

44113-183025