**Activity in Case 1:23-cv-01656-PAB Thompson v. Hensley et al Minute Order _ Status Conference**



From &lt;ohndecf@ohnd.uscourts.gov&gt;
To &lt;OHNDdb_CleECF@ohnd.uscourts.gov&gt;
Date 2025-01-21 3:05 pm

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### NORTHERN DISTRICT OF OHIO

### Notice of Electronic Filing

The following transaction was entered on 1/21/2025 at 3:05 PM EST and filed on 1/21/2025
**Case Name:** Thompson v. Hensley et al
**Case Number:** 1:23-cv-01656-PAB
**Filer:**
**Document Number:** 58

**Docket Text:**
**Minute Order** of Status Conference held on 01/21/2025. Present were plaintiff's Counsel, Joseph T. Sobecki, and defendants' Counsel, Matthew P. Convery and D. Chad McKitrick. The parties discussed the deadlines for upcoming case events and plaintiffs recently filed second amended complaint. The parties also agreed to modify the case deadlines as follows: Fact discovery cutoff is May 1, 2025; Expert discovery cutoff is June 2, 2025; Rebuttal expert reports are due July 2, 2025; and, Motions for summary judgment are due August 1, 2025. Responses and any replies to motions for summary judgment will then be due according to the timeframe established by the local civil rules. Signed by Magistrate Judge James E. Grimes Jr. on 01/21/2025. (M,MT)


**1:23-cv-01656-PAB Notice has been electronically mailed to:**

D. Chadd McKitrick   Daniel.McKitrick@OhioAGO.gov, CorrectionsLitigation.DocketClerk@ohioattorneygeneral.gov, brenda.berry@OhioAGO.gov, jgregory.glasgow@ohioattorneygeneral.gov

Joseph T. Sobecki   joseph@josephsobecki.com

Matthew P. Convery   matthew.convery@ohioago.gov, CorrectionsLitigation.DocketClerk@ohioattorneygeneral.gov, brenda.carter@ohioago.gov, linda.dill@ohioago.gov

**1:23-cv-01656-PAB Notice has been delivered by other means to:**
The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP OHNDStamp_ID=875560366 [Date=1/21/2025] [FileNumber=11712558-0]
[b0adfa2d6bcd8f3bf64f291505b43283507d5f9b0f4c73ca7909cfe753de710ba066
34c837fcc4f7567f041485bbc29dfc935ecd74643051559d8c9968c04d46]]