Mr. Lonnie Thompson
#640 614
Richland Correctional Institution
Post Office Box 8107
Mansfield, Ohio 44901



Inmate Correspond RICI

Honorable Clerk of Courts
Carl Stokes Federal Building
801 West Superior Ave
Cleveland, Ohio 44113