IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

LONNIE THOMPSON, :

    Plaintiff, : Case No. 1:23-cv-01656

v. :

HENSLEY, et al., : JUDGE PAMELA A. BARKER

    Defendants. :

: MAGISTRATE JUDGE JAMES E. GRIMES JR.

---

NOTICE TO THE COURT OF
NON SERVICE OF U.S. MARSHAL SERVICE
ON DEFENDANTS CORNWELL AND WHEELER

---

Now comes the Plaintiff, Lonnie Thompson, Pro-se who brings to this Honorable Courts' attention of non service of summons and of the Amended Complaint by the United States Marshal Service.

The Plaintiff received the Notice of Substitution of Counsel for the defendants on May 01, 2025. In said Notice, the counsel stated within their motion in FootNote 2, that Marshal service does not appear to be perfected, nor has a request for representation been received. See Doc#:67 Filed: 04/21/25 1 of 3. PageID #: 471.

Respectfully submitted,

Mr. Lonnie Thompson, Pro-se
# 640-614
Richland Correctional Inst.
Post Office Box 8107
Mansfield, OH 44901

## CONCLUSION

Plaintiff requests that this Honorable Court issue a Order to the United States Marshal Serivce to serve said defendants (Cornwell and Wheeler) with the Amended Complaint and summons, if it has not did so as of this filing of the Motion Notice To The Court. Also, for the Honorable Clerk to issue to the Plaintiff copies of said summons that the United States Marshal Service has perfected this service. Due to the fact that the Plaintiff is Pro-se litigant and without the knowledge as to whether or not this service was performed as to this was alleged by pro bono counsel who was assigned to this case.

Mr. Lonnie Thompson, Pro-se
# 640-614

## CERTIFICATE OF SERVICE

I, Lonnie Thompson, pro-se do certify that a true copy of the Motion of Notice to the Court of Non-service of United States Marshal Service on Defendants Sherry Cornwell and Rachael Wheeler was sent via the United States mail from Richland Corectional Institution to the Attorney General Office located at 30 E. Broad Street, 23rd Floor, Columbus, OH 43215 on this 5th day of May, 2025.

Mr. Lonnie Thompson, pro-se
# 640-614