Mr. Lonnie Thompson
# 640-614
Richland Correctional Institution
P.O. Box 8107
Mansfield, OH  44901



Honorable Clerk Of Courts
United States District Courthouse
801 West Superior Avenue
Cleveland, OH  44113