DECLARATION IN OPPOSITION TO
DEFENDANT'S MOTION TO DISMISS

Civil Case No. 1:23-cv-01656

Lonnie Thompson states:

    1. I am the plaintiff in the above-entitled case. I make this Declaration in Opposition to the Defendant's Motion to Dismiss against defendants Hensley, Newland, Dr. Ojukwu, Cardaras, Wheeler and Cornwell.

    2. That none of the defendants are entitled to Dismissal of this litigation nor immunity due to the facts presented within the complaint and the Memorandum in Support of the Plaintiff's Opposition to Dismiss.

    3. That all statements made in the complaint and in the Motion in Opposition are true and factual to the best of my knowledge.

    4. That all statements made by the plaintiff are sworn to and by the penalty of perjury.

]     5. That every defendant violated the plaintiff's Eighth and Fourteenth Amendment rights of the United States Constitutional to be free of cruel and unusual punishment.

    Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that the foregoing statements are true and correct.

Dated: June 12, 2025

Lonnie Thompson
# 640-614
Richland Correctional Institution
Post Office Box 8107
Mansfield, OH 44901