MR. LONNIE THOMPSON
# 640-614
Richland Correctional Institution
Post Office Box 8107
Mansfield, OH 44901

Inmate
Correspond
RICI



ZIP 44903 $002.31⁰
02 4W
0000374810 JUN 18 2025

2³¹

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CARL STOKES FEDERAL COURTHOUSE
801 WEST SUPERIOR AVENUE
CLEVELAND, OH 44113