UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT
EASTERN DIVISION

LONNIE THOMPSON, )
Plaintiff, )
) CASE No. 23-CV-0656
)
-VS- )
) HONORABLE Judge Pamela Barker
)
JULIE HENSLEY et. al., )
Defendants. ) Magistrate Judge James E. Grimes
) JR.,
)

## Notice To The Court
## Change of Address

Now comes the Plaintiff, Lonnie Thompson, pro-se who respectfully gives Notice to the Court that he has been transferred to a new institution and a new address.

The new address is as follows:

Lonnie Thompson, #A640-614
Trumbull Correctional Institution
Post Office Box 901
Leavittsburg, OH 44430

Respectfully submitted,

Lonnie Thompson
LONNIE THOMPSON, A640-614

## Certificate of Service

I, Lonnie Thompson, do certify that a copy of Notice to the Court, Change of Address was sent via the U.S. Postal Service to the Ohio Attorney General Office located at 30 E. Broad Street, 23rd Floor, Columbus, OH 43215 on this 14th day of July, 2025.

*Lonnie Thompson*
LONNIE THOMPSON, PRO-SE