Mr. Lonnie Thompson
#640-614
Trumbull Correctional Institution
Post Office Box 901
Leavittsburg, OH 44430

CLEVELAND OH 440
16 JUL 2025 PM

United States District Court
Carl B. Stokes Federal Courthouse
801 W. Superior Avenue
Cleveland, OH 44113

44113-182999

CV
6

© USPS 2019

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

FSC
MIX
Envelope
FSC® C137131

RECEIVED
JUL 21 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND