UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT
EASTERN DIVISION

| | | |
|---|---|---|
| LONNIE THOMPSON | ) | 1656 |
| Plaintiff, | ) Case No. 23-CV-1656 | |
| | ) | |
| -vs- | ) Honorable Judge Pamela Barker | |
| FILED JUL 28 2025 | ) | |
| CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF OHIO CLEVELAND | ) | |
| JULIE HENSLEY, et. al., | ) Honorable Magistrate Judge | |
| Defendants. | ) James E. Grimes Jr. | |
| | ) | |

## Motion To Stay ALL Proceedings

Now comes the Plaintiff, Lonnie Thompson, pro-se who respectfully request that all proceedings in civil case number: 23-CV-1656 be held in abeyance or and a stay.

For reasons set forth in the attached Memorandum In Support.

Respectfully submitted,

Lonnie Thompson

Lonnie Thompson, pro-se
#640-614
Trumbull Correctional Inst.
Post Office Box 901
Leavittsburg, OH 44430

## MEMORANDUM IN SUPPORT

The Plaintiff, Lonnie Thompson, pro-se is not trying to delay or hinder this judicial process but to represent his case in a fair manner.

The Plaintiff would like to bring to the Court's attention as to why this request is being requested. That the Plaintiff request for a Stay and or an Abeyance for a amount of time of at least ninety (90) days. Plaintiff will try to explain the unfortunate and unscheduled chain of events.

A. On June 24, 2025 at approximately 12:05 P.M. the Plaintiff was viciously attacked by a inmate in his dorm. This inmate sucker punched the plaintiff as I was walking pass the correctional officer's desk. This punch was delivered to the right side of the plaintiff head and jaw area.

Plaintiff was knocked down to the concrete floor of the dorm. The plaintiff got back up on his feet and trying to protect and defend himself, the plaintiff had to fight off the attacking inmate onslaught. A "man down" was called and other correctional officers arrived on the block.

The Plaintiff was immediately approached from behind by a correctional officer. Plaintiff was lifted completely off of the floor by this

- 2 -

Correctional officer. I was knocked unconscious and when I became conscious, I was handcuffed from behind my back lying in a pool of my own blood on the concrete floor of the dorm.

I was taken to the prison infirmary and patched uped and escorted to the hole, (segregation). Once the plaintiff was in the hole, I passed out, completely unconscious. My cell mate woke me up out of unconsciousness to bang on the cell door to gain the correctional officer's attention to call the infirmary nurse to come to segregation. Upon her arrival, she shined a pen light into my eyes. She discovered that my pupils in both of my eyes did not dilate. I was taken back to the prison infirmary where I was then transferred to the Mansfield Hospital in Mansfield, OH.

Once at the Mansfield Hospital, I was given a cat scan and it was determined that I have a head concussion, grade #3. This was from the result of me being slammed, head first to the ground.

B.
I was returned back to Richland prison

- 3 -

where I was immediately placed back in segregation. I was never allowed to pack up nor see any of my personal property.

All of my legal paperwork, (everything pertaining to my court deadlines) All of these documents have been either lost or thrown away. I am presently still in segregation. I was transferred from Richland Correctional Institution to the Trumbull Correctional Institution in less than two (2) weeks.

This was done in retaliation, to transfer me so quickly without the due process procedures.

I have been experiencing severe migraine headaches accompanied with blurry vision in both of my eyes. This has caused me, the plaintiff to not to be able to meet the up coming deadlines of the court filings necessary in time.

The incident, (head trauma) concussion happened on June 24, 2025 at 12:05 P.M. The plaintiff has not been able to access anything to write with or on until the day of this motion.

-4-

The plaintiff had to beg, threaten further litigation for not having access to the courts.

I have been at a disadvantage since the day this happened. I am having a difficult time trying to stay focused due to my head trauma. I am having a fellow inmate me with this filing.

I come to the Court for a stay or/and an Abeyance until I can be fully diagnosed as to the full damage that has been caused to me. I am due for a full work up with an MRI within the next month.

I only request of the Court to grant this filing for sixty (60) days as well to the defense side also.

This would fall under the Courts' "extra ordinary circumstance". The plaintiff does not wish to delay any Court proceedings but under the unfortunate events that have happened, the plaintiff has no other avenue to request this relief.

The plaintiff makes this request in good faith and prays that he has shown Good Cause.

The plaintiff will gather the records of said incident, once the institution releases said information to him. This will come by way of Ohio Revised Code § 149.43 Public Records Request. The plaintiff has submitted said requests to the Richland Correctional Institution's Information Officer, K. Spencer.

The plaintiff would also like to submit to the Court, the information off of the plaintiff's wrist band when he was admitted to the Mansfield Hospital:

Thompson, Lonnie
Pref: LOC: MH
D.O.B: 3/25/1957  CSN: 6407638338
MRN: 5007018721  Adm. Date 6/24/2025

Respectfully submitted
Lonnie Thompson
Lonnie Thompson
#640614
Trumbull Corr-Inst, P.O. Box 901
Leavittsburg, OH 44430

-6-

## Certificate of Service

I, Lonnie Thompson do certify that a true copy of the Motion for Stay and/or Abeyance was mailed to the Ohio Attorney General Office, located at 30 East Broad Street - 23rd Floor, Columbus, OH 43215 on this 23rd day of July, 2025

*Lonnie Thompson*
Lonnie Thompson, Pro-Se
#640614
Trumbull Corr Inst
P.O. Box 901
Leavittsburg, OH
44430