EXHIBIT A



THOMPSON, LONNIE
Pref: - LOC: MH
DOB: 3/25/1957   CSN: 6407638338
MRN: 5007018721  Adm Date: 6/24/2025

LONNIE THOMPSON

CASE NO 23-CV-10656

HONORABLE Judge PAMELA BARKEN
HONORABLE MAGISTRATE Judge JAMES E. GRIMES JR.