I, Lonnie Thompson do declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct that is both dated and signed. Pursuant to 28 U.S.C.S. § 1746.

1. That I am the plaintiff in the 42 U.S.C.S. § 1983 civil law suit, case no. 23-CV-10656.

2. That the events stated in my Motion for Stay and/or Abeyance did happen on June 24, 2025.

3. That I did receive a head trauma that resulted a concussion, grade 3.

4. That I do not have any of my court documents, all of my legal paperwork was lost or thrown away during my transfer from Richland Correctional Institution to Trumbull Correctional Institution on July 10, 2025.

5. I now suffer from severe migraine headaches and continued blurry vision.

6. That I have not been able to continue to work on my case due to me having sustained physical disability from the

Page 1 of 2

a head concussion. I am also experiencing mental/phycological difficulty in remembering everyday thoughts.

7. That I am not trying to impede nor delay the proceedings in this case. Filing this Motion is to allow me to regain myself and to come up to speed.

Signed: Lonnie Thompson pro-se
Dated: July 22, 2025