Mr. Lonnie Thompson
#640-614
Trumbull Correctional Institution
Post Office Box 901
Leavittsburg, OH 44430

CLEVELAND OH 440
26 JUL 2025 PM

FOREVER / USA

United States Federal Court
Carl B. Stokes Federal Courthouse
801 W. Superior Avenue
Cleveland, OH 44113

44113-182998