IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| LONNIE THOMPSON, <br><br> Plaintiff, <br><br> vs. <br><br> JULIE A. HENSLEY, *et al.*, <br><br> Defendants. | CASE NO. 1:23-cv-1656 <br><br> DISTRICT JUDGE <br> Pamela A. Barker <br><br> MAGISTRATE JUDGE <br> James E. Grimes Jr. <br><br> **ORDER** |

On June 26, 2025, Defendants filed a motion to strike *pro se* Plaintiff Lonnie Thompson's response to their motion to dismiss. *See* Doc. 75. Plaintiff did not file a response.

The Defendants recognize that, while the Federal Rules of Civil Procedure do not contemplate a motion to strike outside of the pleading stage, *see* Fed. R. Civ. P. 12(f), some courts have stricken certain documents based on the inherent power to control their dockets, *see* Doc. 75, at 1. To this end, Defendants' urge the Court to exercise its discretion to strike Plaintiff's response because it was filed—by their count—19 days outside of the applicable deadline. *See* Doc. 77, at 2.

Without more, this Court is not inclined to exercise its discretion to strike a responsive brief on a dispositive motion filed by an incarcerated pro se

plaintiff simply because it was filed 19 days after the deadline for filing it. Defendants' motion to strike is DENIED.

    IT IS SO ORDERD.

    Dated: August 6, 2025

                                          */s/ James E. Grimes Jr.*
                                          James E. Grimes Jr.
                                          U.S. Magistrate Judge