IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| LONNIE THOMPSON,<br><br>        Plaintiff,<br><br>vs.<br><br>JULIE A. HENSLEY, *et al.*,<br><br>        Defendants. | CASE NO. 1:23-cv-1656<br><br>DISTRICT JUDGE<br>Pamela A. Barker<br><br>MAGISTRATE JUDGE<br>James E. Grimes Jr.<br><br>**ORDER** |

On July 28, 2025, *pro se* Plaintiff Lonnie Thompson filed a motion asking to stay all proceedings in this case. *See* Doc. 77. His motion did not address whether Defendants agreed to the requested extension and requested that the stay be for a least 90 days or "until I can be fully diagnosed as to the full damage that has been caused to me." *See* Doc. 77, at 2, 5. He later seems to request a 60-day stay on behalf of the Defendants as well. *Id.* at 5. For the following reasons Plaintiff's motion to stay this case is DENIED.

Plaintiff's motion describes an altercation between himself, another inmate, and, ultimately, corrections officers. *Id.* at 2–4 (describing an altercation on June 24, 2025). As a result of this altercation, Plaintiff was injured and sustained a concussion. *See* Doc. 77. Plaintiff was then moved to solitary housing, as a consequence of the altercation. He asserts that during that move he was unable to bring any "legal paperwork (everything pertaining

to my court deadlines)" and now all of his paperwork is "either lost or thrown away." Doc. 77, at 7.

Notably, Plaintiff's primary argument in support of the requested stay is that he will "not be able to meet the upcoming deadlines of the court filings necessary in time." Doc. 77, at 4. There are no upcoming filings, however, that are expected or necessary. The Defendants' motion to dismiss is fully briefed. *See* Docs. 70, 74. Additionally, the discovery deadlines presently established do not require any court filings and may be altered by Court order if requested in an appropriate motion demonstrating the requisite extraordinary circumstances. *See* Non-Document Order Dated May 12, 2025. As a final point, this case was initiated nearly two years ago, *see* Doc. 1, and its progress was slowed due to various challenges with service among other issues. While Plaintiff's injury is unfortunate, for all of the reasons stated and based on the prolonged procedural history of this case and pending motion to dismiss, a stay is not justified at this juncture.

IT IS SO ORDERD.

Dated: August 6, 2025

/s/ *James E. Grimes Jr.*
James E. Grimes Jr.
U.S. Magistrate Judge