IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Lonnie Thompson,<br><br>        Plaintiff,<br><br>vs.<br><br>Julie A. Hensley, *et al.*,<br><br>        Defendants. | CASE NO. 1:23-cv-1656<br><br>DISTRICT JUDGE<br>Pamela A. Barker<br><br>MAGISTRATE JUDGE<br>James E. Grimes Jr.<br><br>**ORDER** |

In October 2025, the District Court issued an Order granting in part and denying in part the Defendants' motion to dismiss. *See* Docs. 70, 80. Through that Order, the District Court dismissed all but one defendant, Nurse Practitioner Kelli Cardaras. *See* Doc. 80, at 1. Because *pro se* Plaintiff Lonnie Thompson's claim against Defendant Cardaras survived dismissal, the case will proceed, and the case deadlines are updated as follows:

    Summary Judgement Deadline: December 19, 2026

        Oppositions due 30 days later

        Replies due 14 days later

Additionally, the Court will conduct a Zoom status conference at 10:00 a.m. on Monday, November 17, 2025, to assess the potential for mediation and other issues that the parties wish to discuss at this juncture.

IT IS SO ORDERED.

Dated: November 4, 2025         /s/ *James E. Grimes Jr.*
                                                         James E. Grimes Jr.
                                                         U.S. Magistrate Judge