UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

## MINUTES OF PROCEEDINGS AND ORDER

| | |
|---|---|
| LONNIE THOMPSON, | CASE NO. 1:23-cv-1656 |
| Plaintiff, | DISTRICT JUDGE PAMELA A. BARKER |
| vs. | |
| JULIE A. HENSLEY, *et al.*, | MAGISTRATE JUDGE JAMES E. GRIMES JR. |
| Defendants. | |

PROCEEDINGS:

Today, November 17, 2025 at 10:00 a.m., I conducted a status conference in this matter. Present were pro se Plaintiff Lonnie Thompson and defendant's Counsel, Mindy A Worly. The Court asked whether the parties were interested in mediation. The parties stated they are not currently interested but may revisit this issue after the anticipated motions for summary judgment are resolved.

The Court reminded the parties that motions for summary judgment are due by December 19, 2025, with opposition briefs due 30 days after motions are filed and any replies due 14 days after oppositions are filed.

IT IS SO ORDERED.

Total Time: 5 minutes
Dated: November 17, 2025

 */s/ James E. Grimes Jr.*
James E. Grimes Jr.
U.S. Magistrate Judge