Mr. Lonnie Thompson
#640-614
Trumbull Correctional Institution
Post Office Box 901
Leavittsburg, OH 44430


quadient
CORRECTION
IMI
$005.30
12/01/2025 ZIP 44430
043M31250441
US POSTAGE


quadient
FIRST-CLASS
IMI
$002.44
11/28/2025 Z
043M3125044

CERTIFIED MAIL


7021 2720 0002 9057

Honorable Clerk of Court
United States District Co
Carl B. Stokes Federal C
801 W. Superior Ave
Cleveland, OH 4411