IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

LONNIE THOMPSON,　　　　　　　　　　　　　　　Case No. 1:23 cv 1656

　　　　Plaintiff,

-vs-　　　　　　　　　　　　　　　　　　　　　　JUDGE PAMELA A. BARKER


JULIE A. HENSLEY, et. al.,　　　　　　　　　　MAGISTRATE JUDGE JAMES
　　　　　　　　　　　　　　　　　　　　　　　　E. GRIMES JR.
　　　　Defendants.

---

**MOTION FOR SERVICE OF
SUBPOENAS OF WITNESSES PUSUANT TO
FEDERAL RULES CIVIL PROCEDURE
RULE 7**

---

Now comes the Plaintiff, Lonnie Thompson, pro-se who respectfully requests this Honorable Court to Grant said Motion for Service of Subpoenas of Witnesses and to Order the United States Marshal Service to serve the Subpoenas.

For the reasons in the attached Memorandum in Support.

　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Lonnie Thompson
　　　　　　　　　　　　　　　　　　　　　　　　Lonnie Thompson, pro-se
　　　　　　　　　　　　　　　　　　　　　　　　# 640-614
　　　　　　　　　　　　　　　　　　　　　　　　Trumbull Correctional Inst.
　　　　　　　　　　　　　　　　　　　　　　　　Post Office Box 901
　　　　　　　　　　　　　　　　　　　　　　　　Leavittsburg, OH 44430

1

## **MEMORANDUM IN SUPPORT**

The Plaintiff was Granted In forma Pauperis in case number 1:23-cv-1656 by this Honorable Court. The Plaintiff is still indigent within the definition and the law. The Plaintiff does not possess the means to serve said Subpoenas on the witnesses that will be required of the facts and of the knowledge of said civil case. The Plaintiff would therefore request this Honorable Court to *Grant* this motion and to *Order* the United States Marshal Service to serve the witnesses.

The Plaintiff has attached and submitted to the Court prior letters written to the witness and the letters were sent via the Trumbull Correctional Institutional inmate mail service by Certified Registered/Return Receipt postage to both witnesses:

1. **Doctor Amir Sara**, Oncologist, who is employed by the Ohio State University Hospital, (The James Cancer Center) located in Columbus, OH, and;

2. **Doctor Shawn Dason**, Urologist who is employed by Ohio State University Hospital located in Columbus, OH;

3. **Ms. Ida Wilson**, the Plaintiff's sister who has knowledge of this case and of the Defendants. Ms. Wilson has signed a sworn "Affidavit" to the occurrences that took place concerning these events.

4. See Exhibit "A" (letter to Doctor Shawn Dason) and Exhibit "B" (letter to Doctor Amir Sara). Also Exhibit "C" (Certified Receipt) and Exhibit "D" (Return Registered Receipt). See attached Exhibit "E". Attached also with this motion are the three (3) subpoenas (application/forms).

The witnesses have facts and first-hand knowledge of the Plaintiff's medical care in this case and their testimony is pertinent. Medical information and facts as to the post-care, medications required, treatments that are necessary for the Plaintiff's overall health. It is essential

that these witnesses be called upon to testify and by doing so would bring their professional qualifications and their competency. Their understanding of medical care, treatment of ailments and diseases. Specialty in the science and the care of cancer of the bladder and prostate.

Without the witness testimony, it would be truly unfair and a manifest of injustice on the Plaintiff's behalf not to allow witnesses to give testimony concerning facts of the case. The Court knows that the Plaintiff is without legal counsel and the benefit of legal understandings of the laws that are abided by this Honorable Court.

## CONCLUSION

Wherefore, the Plaintiff seeks the relief of the Court to Grant this motion and Order the U.S. Marshal Service to serve said subpoenas on the said mentioned witnesses.

Lonnie Thompson, pro-se
# 640-614
Trumbull Correctional Inst.
Post Office Box 901
Leavittsburg, OH 44430

## CERTIFICATE OF VERITY AND SERVICE

I, Lonnie Thompson do certify that a true copy of the Motion for Service of Subpoenas of Witnesses pursuant to Federal Rules Civil Procedure Rule 7 was mailed via the Trumbull Correctional Institutional inmate mail box to the Attorney General Office located at 30 East Broad Street – 23rd Floor, Columbus, OH 43215 on the 10th day of January, 2026.

Lonnie Thompson, pro-se
# 640-614