# DECLARATION IN SUPPORT OF PLAINTIF'S MOTION FOR SERVICE OF SUBPOENAS OF WITNESSES PURSUANT TO FEDERAL RULES CIVIL PROCEDURE RULE 7

STATE OF OHIO )
                          ): ss
TRUMBULL COUNTY )

I, Lonnie Thompson do declare and state the following:

1. I am the Plaintiff in the litigation of civil case number **23-cv-01656**.
2. I make this declaration in support of the Plaintiff's Motion for Service of Subpoenas of Witnesses pursuant to Federal Rules Civil Procedure, Rule 7.
3. That the statements made within the motion are true and factual to the best of my knowledge.
4. That I am a pauper in the true definition of the laws of the State of Ohio and the laws of the United States.
5. That I was granted In forma pauperis by the United States District Court, NDOH.
6. For the reasons set forth in the Memorandum of Law submitted with this motion, the facts accompanied with the legal merits of the Plaintiff's claims support the Plaintiff out of the fairness and interest of justice.

Pursuant to 28 U.S.C. § 1746, I, Lonnie Thompson does declare under the penalty of perjury that the statements and facts presented here are true and correct.

Signature: Lonnie Thompson

January 10, 2026
Executed on:

4