May 12, 2025

TO: Doctor Amir Sara
The OSUCCC - James
460 W. 10th Ave
Columbus, OH 43210

FR: Mr. Lonnie Thompson
# 640-614
Richland Correctional Inst.
Post Office Box 8107
Mansfield, OH 44901

RE: Letter of Notice and Intent For Expert Witness
Civil Lawsuit 42 U.S.C. Section §1983
Case No. 1:23-cv-01656

Dear Dr. Sara,

Sir, I am writing to you to give Notice and Intent that I plan on calling you to testify in the above named civil lawsuit. Your testimony will be as an Expert Witness as to your professional education, training, qualification as a Oncologist and your experience as a surgeon with your employer, the Ohio State University Hospital, located in Columbus, OH.

Your testimony as a Oncologist and the level of care given to me as one of the doctors with present and post-care. This would include all surgeries, doctor notes, prescriptions ordered, bladder/prostate care, reccommendations and treament written for and to the Richland Correctional Institution's doctors, nurse practititioners and nurses to follow.

The timeframe is when you were first assigned to care for me as a patient up to the present day and time or until you as my doctor no longer are participating as my Oncologist.

I will close this letter and I will thank you for your time and your forth coming testimony.

Respectfully,

Mr. Lonnie Thompson
# 640-614

cc: file