IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| LONNIE THOMPSON,<br><br>  Plaintiff,<br><br> vs.<br><br>JULIE A. HENSLEY, *et al.*,<br><br>  Defendants. | CASE NO. 1:23-cv-1656<br><br>DISTRICT JUDGE<br>PAMELA A. BARKER<br><br>MAGISTRATE JUDGE<br>JAMES E. GRIMES JR.<br><br>**ORDER** |

  In December 2025, Plaintiff Lonnie Thompson filed a motion to reopen discovery. *See* Doc. 85. For the following reasons, Plaintiff's motion is denied.

  After previous extensions, fact discovery in this matter closed on August 1, 2025. *See* Doc. 69. Over four months after that fact discovery deadline, and approximately one-and-a-half months after the District Judge dismissed all but one defendant, *see* Doc. 80, Plaintiff filed the instant motion asking to reopen fact discovery. In his motion, Plaintiff asserts that a June 2025 head injury and other medical treatments that had taken place over the preceding six months justify reopening discovery. *See* Doc. 85, at 2. The remaining Defendant, Kelli Cardaras, did not file a response to Plaintiff's motion.

  Although it is within the Court's discretion to modify the case schedule, such as to reopen discovery, the moving party must demonstrate good cause to justify that exercise of discretion. *See* Fed. R. Civ. P. 16(b)(4). Plaintiff has not

done so. The circumstances Plaintiff describes in support of his request took place about six months before he filed the instant motion and he provides no explanation as to why it took so long to notify the Court of his medical conditions or otherwise failed to move to reopen discovery until over four months after discovery closed. Additionally, given the protracted proceedings in this matter and prior extensions granted, Plaintiff has not shown good cause to reopen discovery.

    For the reasons stated, Plaintiff's motion is denied.

    IT IS SO ORDERD.

    Dated: March 4, 2026

                                            */s/ James E. Grimes Jr.*
                                            James E. Grimes Jr.
                                            U.S. Magistrate Judge