**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **LONNIE THOMPSON,** | : | |
| | : | **Case No. 1:23-CV-01656** |
| **Plaintiff,** | : | |
| | : | **Judge Pamela A. Barker** |
| **v.** | : | |
| | : | **Magistrate Judge James E. Grimes Jr.** |
| **JULIE A. HENSLEY,** *et al.,* | : | |
| | : | |
| **Defendants.** | : | |

**DECLARATION OF ASSISTANT CHIEF INSPECTOR ROBERTA MURPHY**

I, Roberta Murphy, Assistant Chief Inspector with the Ohio Department of Rehabilitation and Correction,  pursuant to 28 U.S.C. § 1746, make this Unsworn Declaration under penalty of perjury and declare the statements set forth below are true and correct.

1.  I have personal knowledge of the information set forth in this Declaration, and I am competent  to testify to the matters stated herein.

2.  I am currently employed by the Ohio Department of Rehabilitation and Correction (ODRC) as an Assistant Chief Inspector with the Office of the Chief Inspector. In my position I handle all medical complaints. Not only am I familiar  with ODRC's record creation  and maintenance system,  but I am also an approved custodian of the records concerning inmate grievances.  Said records are indexed by, *inter alia,* the name and number of the Incarcerated Persons (IP) who submitted the grievance. Because of my duties as an Assistant Chief Inspector, I have personal knowledge of the matters set forth herein.

3.  The ODRC maintains an IP grievance procedure that is available  to all IPs at each institution regardless of their disciplinary status. *See* Ohio Admin. Code 5120-9-31(D). This procedure allows IPs to seek relief regarding any aspect of institutional life  that directly and personally affects them.  This may include complaints regarding policies, procedures, conditions of confinement, and/or actions of institutional staff.  *See* Ohio Admin. Code 5120-9-3l(A).  To exhaust all available administrative remedies, an IP must properly  and successfully complete all three steps within the time  frames allotted and in compliance  with other rules and regulations pursuant to O.A.C. § 5120- 9-31.

4.  Ohio's IP grievance procedure is comprised  of three consecutive steps. *See* Ohio Admin. Code 5120-9-3l(J)(l-3).  At step one of the process, the IP submits an informal complaint  (ICR) to the direct supervisor  of the staff member  or the department most directly responsible  over the subject matter concerning the IP

Page 1 of 3

**DEFENDANTS' EXHIBIT B (Page 1 of 16)**

within fourteen (14) calendar days of the date of the event giving rise to the complaint.  Staff will investigate the matter and issue a written response to the IP's informal  complaint within seven (7) calendar days of the receipt of the ICR.  *See* Ohio Admin. Code 5120-9-3 l(J)(l).

5.     If the IP is not satisfied with the response to the ICR, the IP must proceed  to the second step of the process by filing a formal Notification of Grievance (NOG) with the Inspector of Institutional Services at the prison  where he is confined, or where the subject of the grievance has occurred if the IP has thereafter been transferred to another institution.  If a transfer has occurred, the IP may send the NOG to the appropriate  institution  by either  inter-office  mail  via  the current  Institution Inspector's office or by U. S. Mail.  A NOG form must be filed with the Inspector of Institutional  Services within fourteen (l4) calendar days of the IP's receipt  of the response  to the ICR.  Within fourteen (14) calendar days of receipt of the NOG, and after the Institutional Inspector has investigated the matter, the Inspector of Institutional  Services  shall  issue  a  written  response  to the IP's  grievance  on  a Disposition of Grievance (DOG) form.  See Ohio Administrative Code 5120-9-31(1)(2).

6.     If the IP is still dissatisfied, the IP must proceed to the third step of the process by filing an appeal to the ODRC Office of the Chief Inspector within fourteen (14) calendar days of receiving the disposition of his grievance (DOG).  The Office of the Chief Inspector will investigate and provide the IP with a written response to the IP's appeal within thirty (30) calendar days of the receipt of the appeal.  *See* Ohio Admin. Code 5120-9-31(1)(3).

7.     In circumstances where the IP alleges misconduct on the part of the warden or inspector of institutional services at the institution where the IP is confined, the IP may submit a grievance directly with the ODRC Chief Inspector. *See* Ohio Admin. Code  5120-9-3l(L).  There  is no appeal  from  the  Chief  Inspector's  decision concerning a direct grievance submitted under Ohio Admin. Code 5120-9-31.

8.     IPs have  access  to the  grievance  system  electronically  and  can  file  informal complaints, grievances and appeals through their ViaPath tablets. Every IP entering ODRC custody is issued a ViaPath tablet and is given instructions on how to use them.

9.     Informal complaints and grievances must contain specific information, including dates, times, places, the event giving rise to the complaint and, if applicable, the name or names of personnel involved.  If an IP does not know the identity of the personnel involved, the IP may file a "John/Jane Doe" complaint; however, the complaint must be specific  as to dates, times, places, physical descriptions of any  unidentified personnel, and the actions of said personnel giving rise to the complaint. *See* Ohio Admin. Code 5120-9-31(L).

10.    An IP does not successfully exhaust his or her remedies under Ohio Administrative

**DEFENDANTS' EXHIBIT B (Page 2 of 16)**

Code § 5120-9-31 until the IP has completed the first two steps and has received a Decision in an appeal to the Office of the Chief Inspector under this three (3) step grievance process.

11. Upon arrival at an ODRC reception institution, all IPs are given both written and oral instructions on how to use the IP grievance procedure, including instructions on appeals to the Office of the Chief Inspector and direct grievances to that office as required by Ohio Admin. Code 5120-9-31(C).

12. I have reviewed the entire grievance file of IP Lonnie Thompson #A640614. Between October 14, 2022, and August 12, 2023, IP Thompson submitted one ICR, that advanced to NOG, and then to appeal concerning the medical care he received at the Ross Correctional Institution from CNP Kelli Cardaras, his access to nutritional supplements, or the medication he was provided for bladder spasms and/or pain. The only ICR that advanced to appeal was directed to his mental health medications being interrupted so that he may receive pain medications and a delay in his Ditropan. The HCA reversed his disposition to Granted as they realized that they had an access and distribution issue within the institution pill room.

13. In summary, IP Lonnie Thompson #A640614 failed to exhaust his available administrative remedies regarding his claims concerning his access to Ensure and the provision of Ditropan between October 14, 2022, and August 12, 2023 against CNP Cardaras.

14. A true and accurate copy of IP Thompson's ViaPath communications from October 14, 2022, through August 12, 2023, is attached hereto.

3-25-2026

**Date**

Roberta Murphy
**Roberta Murphy**
**Assistant Chief Inspector**

**DEFENDANTS' EXHIBIT B (Page 3 of 16)**

# Request #372905901

**Profile Photo:**



**Audit Photo:**



**Inmate Info**

**Name:** LONNIE THOMPSON ▮▮▮▮▮▮
**Booking #:** A640614
**Nationality:**
**Submitted Date:** 12/01/22 19:48
**Submitted Room:** RCI,HJ,A,135B,0000/HJA
**Submitted Facility:** ODRC Ross CI
**Current Room:** TCI,B,14E,205B,0000/14-EAST
**Current Facility:** ODRC Trumbull CI
**MAC ID:** Not submitted from tablet
**Device ID:** Not submitted from tablet

**Form Info**

**Category:** Historical Kites
**Form:** Kite - Health Care - Jpay

**Request Info**

**Status:** CLOSED
**Facility Deadline:** 12/08/22 19:48

**Summary of Request:**

Migrated Grievance (JPAY ID: 17643464)

**Details of Request:**

**First Inmate CommunicationFirst Inmate Communication:**
Dr. Cardaras,

I appreciate everything you have done for me concerning my post surgery, I wrote a kite to you inquiring the biopsy that was done on my prostate. Have the results came back yet, and if so, can I please meet with you to discuss my situation? Thank you.

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 02/02/26 19:16 | LONNIE THOMPSON | Viewed Staff Response | |
| 02/02/26 19:16 | LONNIE THOMPSON | Viewed Staff Response | |
| 12/06/22 08:39 | | Changed Status | Closed by Mike Scott |
| 12/06/22 08:39 | | External Action | (JPAY Initiator - ID: 68972, Name: Mike Scott) Responded to incarcerated individual |
| 12/06/22 08:39 | | Responded to Inmate | Mike Scott responded to the resident: Mr Thompson, Miss Hawk made you a follow up appointment for 12/14. It will be with urology. Thank you |
| 12/06/22 08:39 | | Staff Response | Mr Thompson, Miss Hawk made you a follow up appointment for 12/14. It will be with urology. Thank you |
| 12/02/22 15:18 | | Changed Status | Changed JPAY status to pending by Mike Scott |
| 12/01/22 19:48 | LONNIE THOMPSON | Submitted New | Created migrated grievance (JPAY ID 17643464) |
| 12/01/22 19:48 | LONNIE THOMPSON | Inmate Response | Dr. Cardaras, I appreciate everything you have done for me concerning my post surgery, I wrote a kite to you inquiring the biopsy that was done on my prostate. Have the results came back yet, and if so, can I please meet with you to discuss my situation? Thank you. |

# Request #372976861

**Profile Photo:**



**Audit Photo:**



**Inmate Info**

**Name:** LONNIE THOMPSON (███████)
**Booking #:** A640614
**Nationality:**
**Submitted Date:** 12/21/22 15:19
**Submitted Room:** RCI,HJ,A,135B,0000/HJA
**Submitted Facility:** ODRC Ross CI
**Current Room:** TCI,B,14E,205B,0000/14-EAST
**Current Facility:** ODRC Trumbull CI
**MAC ID:** Not submitted from tablet
**Device ID:** Not submitted from tablet

**Form Info**

**Category:** Historical Kites
**Form:** Kite - Health Care - Jpay

**Request Info**

**Status:** CLOSED
**Facility Deadline:** 12/28/22 15:19

**Summary of Request:**

Migrated Grievance (JPAY ID: 17883176)

**Details of Request:**

**First Inmate Communication:**
I have filled out two (2) Inmate Health Care Request in the last week and I haven't been placed on either nurses' sick call or doctors' sick call. I am starting to have servere pain in my lower back and my side. Please send me a pass. thank you.

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 12/21/22 19:40 | | External Action | (JPAY Initiator - ID: -1, Name: Unknown JPAY User Unknown JPAY User) Closed by incarcerated individual |
| **12/21/22 15:19** | **LONNIE THOMPSON** | **Submitted New** | **Created migrated grievance (JPAY ID 17883176)** |
| **12/21/22 15:19** | **LONNIE THOMPSON** | **Inmate Response** | **I have filled out two (2) Inmate Health Care Request in the last week and I haven't been placed on either nurses' sick call or doctors' sick call. I am starting to have servere pain in my lower back and my side. Please send me a pass. thank you.** |

**DEFENDANTS' EXHIBIT B (Page 5 of 16)**            DRC006505

# Request #373018861

**Profile Photo:**



**Audit Photo:**



**Inmate Info**

**Name:** LONNIE THOMPSON ▮▮▮▮▮
**Booking #:** A640614
**Nationality:**
**Submitted Date:** 01/03/23 14:58
**Submitted Room:** RCI,HJ,A,135B,0000/HJA
**Submitted Facility:** ODRC Ross CI
**Current Room:** TCI,B,14E,205B,0000/14-EAST
**Current Facility:** ODRC Trumbull CI
**MAC ID:** Not submitted from tablet
**Device ID:** Not submitted from tablet

**Form Info**

**Category:** Historical Kites
**Form:** Kite - Health Care - Jpay

**Request Info**

**Status:** CLOSED
**Facility Deadline:** 01/10/23 14:58

**Summary of Request:**

Migrated Grievance (JPAY ID: 18034799)

**Details of Request:**

**First Inmate Communication:**
I was suppose to see Dr. Cardaris but she called off last week, it was my follow up appointment. I need to see her as soon as possible. Not nurse's sick call. Thank you.

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 01/03/23 19:10 | | External Action | (JPAY Initiator - ID: -1, Name: Unknown JPAY User Unknown JPAY User) Closed by incarcerated individual |
| **01/03/23 14:58** | **LONNIE THOMPSON** | **Submitted New** | **Created migrated grievance (JPAY ID 18034799)** |
| **01/03/23 14:58** | **LONNIE THOMPSON** | **Inmate Response** | **I was suppose to see Dr. Cardaris but she called off last week, it was my follow up appointment. I need to see her as soon as possible. Not nurse's sick call. Thank you.** |

## Request #373054411

**Profile Photo:**



**Audit Photo:**



**Inmate Info**

**Name:** LONNIE THOMPSON ▉▉▉▉▉
**Booking #:** A640614
**Nationality:**
**Submitted Date:** 01/11/23 19:52
**Submitted Room:** RCI,HJ,A,135B,0000/HJA
**Submitted Facility:** ODRC Ross CI
**Current Room:** TCI,B,14E,205B,0000/14-EAST
**Current Facility:** ODRC Trumbull CI
**MAC ID:** Not submitted from tablet
**Device ID:** Not submitted from tablet

**Form Info**

**Category:** Historical Kites
**Form:** Kite - Health Care - Jpay

**Request Info**

**Status:** CLOSED
**Facility Deadline:** 01/18/23 19:52

**Summary of Request:**

Migrated Grievance (JPAY ID: 18143957)

**Details of Request:**

**First Inmate CommunicationFirst Inmate Communication:**
I would like to be seen by Dr. Cardarus. I am experiencing chronic pain in my kidney area and my lower back. I need something to relieve this pain.
Thank you.

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 02/13/25 22:54 | LONNIE THOMPSON | Viewed Staff Response | |
| 01/12/23 08:44 | | Changed Status | Closed by Mike Scott |
| 01/12/23 08:44 | | External Action | (JPAY Initiator - ID: 68972, Name: Mike Scott) Responded to incarcerated individual |
| 01/12/23 08:44 | | Responded to Inmate | Mike Scott responded to the resident: Put this on an HSR so we can get you evaluated. Thats how we get you scheduled |
| 01/12/23 08:44 | | Staff Response | Put this on an HSR so we can get you evaluated. Thats how we get you scheduled |
| 01/12/23 08:44 | | Changed Status | Changed JPAY status to pending by Mike Scott |
| 01/11/23 19:52 | LONNIE THOMPSON | Submitted New | Created migrated grievance (JPAY ID 18143957) |
| 01/11/23 19:52 | LONNIE THOMPSON | Inmate Response | I would like to be seen by Dr. Cardarus. I am experiencing chronic pain in my kidney area and my lower back. I need something to relieve this pain. Thank you. |

**DEFENDANTS' EXHIBIT B (Page 7 of 16)**        DRC006507

## Grievance #373323241

**Profile Photo:**



**Audit Photo:**

**Inmate Info**

**Name:** LONNIE THOMPSON ▮▮▮▮▮▮
**Booking #:** A640614
**Nationality:**
**Submitted Date:** 03/21/23 09:19
**Submitted Room:** RCI,HJ,A,135B,0000/HJA
**Submitted Facility:** ODRC Ross CI
**Current Room:** TCI,B,14E,205B,0000/14-EAST
**Current Facility:** ODRC Trumbull CI
**MAC ID:** Not submitted from tablet
**Device ID:** Not submitted from tablet

**Form Info**

**Category:** Historical Grievances
**Form:** Gri - Health Care - Jpay

**Grievance Info**

**Grievance ID #:** RCI0323004572
**Status:** CLOSED
**Facility Deadline:** 05/19/23 13:16
**Grievance Level:** 3
**Inmate can reply:** No
**Disposition @ 1:**
**Disposition @ 2:** Granted
**Disposition @ 3:** Affirmed with comments

**Summary:**

Migrated Grievance (JPAY ID: 19011821)

**Details:**

**First Inmate CommunicationFirst Inmate CommunicationFirst Inmate CommunicationFirst Inmate CommunicationFirst Inmate CommunicationFirst Inmate CommunicationFirst Inmate Communication:**
Mr. Scoth,

Sir, I appreciate your professionalism when it comes to inmate medical care, but I seem to be having a problem with Dr. Cardirus. I can't receive any type of pain medication from her and I know that she is restricted from giving me ultram for more than three (3) days in a row. I believe she thinks that I have a servere tooth ache and not cancer. The pain that I am having is extreme at times. I don't know why I have to suffer while fighting this new battle of illness on top of what I already have. She ordered me eliville, the medication has a duel purpose as you already know. It is given for pain and mental health problems. Before she gave me the elivil, she had to have me taken off of my mental health medication, remron, which she called the mental health staff and had that done. Now that I am off of both medications, I am having problems with my thoughts and I am dreaming about crazy things. Mr. Scoth, I believe that if I continue to be medically treated by Dr. Cardarius, there will be further problems. I need pain medication for the pain that I am having from my neck and back problems along with the onslot of this cancer. Thank you.

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 05/18/23 15:53 | | Changed Disposition | Changed JPAY disposition value for level 3 from 'Granted' to 'Affirmed with comments' by karen stanforth |
| 05/18/23 15:53 | | Changed Status | Closed by karen stanforth |
| 05/18/23 15:53 | | External Action | (JPAY Initiator - ID: 26838, Name: karen stanforth) Responded to incarcerated individual |
| 05/18/23 15:53 | | Responded to Inmate | karen stanforth responded to the resident: Affirmed. The Office of the Chief Inspector has reviewed your grievance concerning your medical management following your recent OSU surgical procedure for cancer. A review of your medical file including all biopsy reports, MH management and pain medications was completed by this office. The evidence shows that NP Cardaras had discussions with your MH providers about the best approach for addressing both your MH and pain needs and a joint decision was made to discontinue the Remeron and start Elavil for pain and MH needs. Unfortunately, which can happen, the Elavil expired while you were at OSU and immediately following your surgery, you were receiving Ultram for pain which was prescribed for the three day period allowed by ODRC upon your return. When you submitted a HSR on 3/30/23, you were scheduled for NSC the following day and after reporting the pain, your were encouraged to drink plenty of water due to the nature of your surgery a... |
| 05/18/23 15:53 | | Staff Response | **Affirmed. The Office of the Chief Inspector has reviewed your grievance concerning your medical management following your recent OSU surgical procedure for cancer. A review of your medical file including all biopsy reports, MH management and pain medications was completed by this office. The evidence shows that NP Cardaras had discussions with your MH providers about the best approach for addressing both your MH and pain needs and a joint decision was made to discontinue the Remeron and start Elavil for pain and MH needs. Unfortunately, which can happen, the Elavil expired while you were at OSU and immediately following your surgery, you were receiving Ultram for pain which was prescribed for the three day period allowed by ODRC upon your return. When you submitted a HSR on 3/30/23, you were scheduled for NSC the following day and after reporting the pain, your were encouraged to drink plenty of water due to the nature of your** |

**DEFENDANTS' EXHIBIT B (Page 8 of 16)**     DRC006508

|  |  |  | surgery and because you reported improvement in your pain level when doing this, You were also scheduled to see an advanced level provider on 4/3/23 who identified that you had not been receiving your post-operative prescription of Ditropan to also assist with pain control when you have bladder spasms which is a common issue post bladder surgery. The provider ensured this was on it's way from the Central Pharmacy and the provider also submitted a non-formulary request for more Ultram for seven days, however the collegial reviewed staff reviewed your record and denied extended use of this addicting drug since you were on Elavil and also Ditropan which are clinically indicated for pain control in this situation. Narcotics such as Ultram can slow your central nervous system and create urinary retention issues. Based on this review, there was a staff delay in getting the Ditropan and Elavil renewal however you also share some responsibility with this incident as you did not submit a HSR about this until nearly two weeks later. Please know, the staff are there to assist you when such issues arise by you having your dorm officer contact medical. Additionally, there is no evidence to suggest this delay with your meds created long-term ill-effects or chronic issues with your health. The staff are following the ODRC guidelines set forth in 68-MED-01. There are no findings you were treated with deliberate indifference or malice related to this issue. Karen Stanforth, Assistant Chief Inspector, Medical/MH |
|---|---|---|---|
| 05/02/23 09:55 |  | External Action | (JPAY Initiator - ID: 13066, Name: Kelly Riehle) Assigned To stanforth, karen. |
| 05/02/23 09:55 |  | Changed Status | Changed JPAY status to pending by Kelly Riehle |
| 04/19/23 13:16 |  | Changed Level | Escalated to level 3 |
| 04/19/23 13:16 | LONNIE THOMPSON | Inmate Response | Although I do appreciate what help that Nurse Practitioner Cardaras and Health Administrator Scott have done, I am still in pain and it constantly keeps me awake at night where as I am very fatigued not just from the medicine that I take weekly through injection at Ohio State University, I would like to know why I can't be given ultram to help with my pain. Nurse Practitioner Cardaras only wants to have me admitted into the infirmary to eleviate my problems. I am dealing with cancer not a broken tooth or spranged ankle. I do experience servere pain and it is painful. The Elavil works more on my mental state of mind rather than my pain of my body. I am fighing two (2) different life threatening ailments. |
| 04/19/23 11:13 |  | External Action | (JPAY Initiator - ID: 26870, Name: Todd Diehl) New entry into admin log |
| 04/19/23 11:13 |  | Internal Note | This is the notice provided to RCI medical staff as a result of this granted complaint. Adam Wireman, RN Quality Improvement Coordinator Ross Correctional Institution 16149 St Rt 104 Chillicothe, Ohio 45601 o (740) 702-3570 f (740) 774-7054 CONFIDENTIALITY NOTICE: This message, including any attachments, contains confidential information intended for a specific individual and purpose and is protected by law. (ORC 5120.211) If you are not the intended recipient, you should delete this message and are hereby notified that any disclosure, copying or distribution of this message, or the taking of any action based on it, is strictly prohibited. If you receive this e-mail in error, please contact the sender immediately at the above number. From: Scott, Michael Sent: Wednesday, April 19, 2023 9:37 AM To: Lindamood, Brandon ; Dembski, Lisa ; Ragland, Lisa ; Swisher, Clara ; Brown, Theresa ; Kovaleski, Trish ; Marsh, Phillip ; Justice, Bryan ; Johnson, Charlene ; Williams, Samantha ; Best, Timothy ; Cassel, Amanda ; Barrett, Michael ; Skaggs, Gina ; Moore, Pamela ; Webb, James ; Reichardt, Caren Cc: George, Aja ; Wireman, Samuel Subject: Meds If a patient states they have not received their medications, please look into it immediately or as soon as you can. We have had some issues with patients meds not coming in a timely manner. This could be a direct result of them not putting refills in soon enough, but it needs addressed regardless. We also had a patient return from surgery who was ordered postop medications who received them late. He was just advised ♦♦♦they are not here yet♦♦♦. In that instance we need to look and see why they are not here and get an order to obtain from local pharmacy if needed. Thank you, Michael Scott BSN, RN HCA Ross Correctional Institution 16149 St Rt 104 Chillicothe OH 45662 Office (740)702-3515 Fax (740)774-7054 |
| 04/19/23 11:12 |  | Changed Disposition | Changed JPAY disposition value for level 2 from '' to 'Granted' by Todd Diehl |
| 04/19/23 11:12 |  | Changed Status | Closed by Todd Diehl |
| 04/19/23 11:12 |  | External Action | (JPAY Initiator - ID: 26870, Name: Todd Diehl) Responded to incarcerated individual |
| 04/19/23 11:12 |  | Responded to Inmate | Todd Diehl responded to the resident: The grievant states he was not given the prescribed medicine authorized by the OSU doctor. He states he asked the pill call nurse several times and he was advised the order had not been received. The grievant then explains the RCI CNP took him off some medications while he was prescribed some others. He claims the CNP did not follow up with him. He requests to be placed on pain medication and wants something done for the medical staff dropping the ball on his medication not being given to him at the time it was supposed to be. To investigate this complaint, I met with the RCI Health Care Administrator and the RCI Medical Quality Assurance nurse. Together we reviewed the grievant's treatment history and prescription history as it related to this complaint and his diagnosis. During the review of your medical file, it was found CNP Cardaras did follow-up with you the day you returned from OSU. (March 13, 2023) It was determined that Elavil could … |
| 04/19/23 11:12 |  | Staff Response | The grievant states he was not given the prescribed medicine authorized by the OSU doctor. He states he asked the pill call nurse several times and he was advised the order had not been received. The grievant then explains the RCI CNP took him off some medications while he was prescribed some others. He claims the CNP did not follow up with him. He requests to be placed on pain medication and wants something done for the medical staff dropping the ball on his medication not being given to him at the time it was supposed to be. To investigate this complaint, I met with the RCI Health Care Administrator and the RCI Medical Quality Assurance nurse. Together we reviewed the grievant's treatment |

| | | | |
|---|---|---|---|
| | | | history and prescription history as it related to this complaint and his diagnosis. During the review of your medical file, it was found CNP Cardaras did follow-up with you the day you returned from OSU. (March 13, 2023) It was determined that Elavil could not be prescribed while you were prescribed Remeron and Ditropan. Your medical records indicate Ditropan was prescribed for you on 3/16/2023, however, RCI did not receive this medication until 4/5/2023. This is determined an excessive amount of time and the HCA and CQI nurse were notified. Correction to this discovery was made immediately by those staff members. We continued to review your treatment history and found you do continue to be seen by the RCI medical staff because of your diagnosis. It is noted from a visit to medical on April 11, 2023, that CNP Cardaras and HCA Scott met with you and resolved all the issues you presented in this complaint. The appropriate prescriptions were determined and the notes state you were satisfied with the outcome of this meeting and the course of treatment. I am deeply sorry to read about your diagnosis. The RCI medical staff is committed to addressing your concerns and assisting you with comfort. In speaking with the HCA, your current and future treatment, and care are a priority to he and his staff. If you have a future complaint with the your medical treatment, immediately file a complaint and it will be resolved. |
| 04/14/23 11:07 | | Deadline extended | Extended by Todd Diehl to 4/19/2023 |
| 04/10/23 10:47 | | Deadline extended | Extended by Todd Diehl to 4/14/2023 |
| 04/10/23 10:47 | | External Action | (JPAY Initiator - ID: 26870, Name: Todd Diehl) Responded to incarcerated individual |
| 04/10/23 10:47 | | Responded to Inmate | Todd Diehl responded to the resident: Please be advised that additional time will be required before a decision can be made concerning your grievance. This extension is needed by the writer to affect a fair and proper resolution. |
| 04/10/23 10:47 | | Staff Response | Please be advised that additional time will be required before a decision can be made concerning your grievance. This extension is needed by the writer to affect a fair and proper resolution. |
| 03/28/23 11:22 | | Changed Status | Changed JPAY status to pending by Todd Diehl |
| 03/27/23 10:45 | | Changed Level | Escalated to level 2 |
| 03/27/23 10:45 | LONNIE THOMPSON | Inmate Response | My problem with the medical staff not giving me my medicine that the Ohio State University Doctor Dascen ordered for me after my surgery, Ditropoan was a total neglect on their behalf concerning my proper medical care. I inquired about this medication numerous times during the times I went to pill call. The nurse(s) always advised me that the order hadn't came in. Knowing that my institutional medical file went down to OSU and certainly came back with the order from the doctor that did the operation. Also, I only received three (3) days of pain medicine. The Nurse Practiner, Cardaras had me taken off of my mental health medication, Remron due to the fact that she only wanted to give me Elavil, which has a dual purpose for pain and mental health. The problem is that she only gave it to me for (4) four or (5) days. Cardaras never did a follow up after my surgery to explain or know any of my post surgery problems. I am still bleeding when I urinate and the pain is extreme throughout the day. I have cancer and I don't receive any pain medicine for my pains. The resolution to solve this is to give me pain medicine that will at least ease the pain and allow me to take my mental health medicine also. I also want something done for the medical staff dropping the ball on my medication not being given to me at the time it was supposed to have been given. This should never happen ever again to me due to the fact that I still have to have treatment for this cancer |
| 03/24/23 15:42 | | Changed Status | Closed by Mike Scott |
| 03/24/23 15:42 | | External Action | (JPAY Initiator - ID: 68972, Name: Mike Scott) Responded to incarcerated individual |
| 03/24/23 15:42 | | Responded to Inmate | Mike Scott responded to the resident: Mr Thompson, As we discussed today I will address your pain concerns with Mrs Cardaras. I will call you up Monday to speak to you again Lord willing. Thank you for your patience. I found out a little more as to the Elavil situation. I will explain that to use as well. Have a good evening. Per 68-MED-01 you are entitled to proper medical care. Also as we spoke today I will address the other informal you sent concerning the Ditropoan. |
| 03/24/23 15:42 | | Staff Response | Mr Thompson, As we discussed today I will address your pain concerns with Mrs Cardaras. I will call you up Monday to speak to you again Lord willing. Thank you for your patience. I found out a little more as to the Elavil situation. I will explain that to use as well. Have a good evening. Per 68-MED-01 you are entitled to proper medical care. Also as we spoke today I will address the other informal you sent concerning the Ditropoan. |
| 03/21/23 09:31 | | Changed Status | Changed JPAY status to pending by Mike Scott |
| 03/21/23 09:19 | LONNIE THOMPSON | Submitted New | Created migrated grievance (JPAY ID 19011821) |
| 03/21/23 09:19 | LONNIE THOMPSON | Inmate Response | Mr. Scoth, Sir, I appreciate your professionalism when it comes to inmate medical care, but I seem to be having a problem with Dr. Cardirus. I can't receive any type of pain medication from her and I know that she is restricted from giving me ultram for more than three (3) days in a row. I believe she thinks that I have a servere tooth ache and not cancer. The pain that I am having is extreme at times. I don't know why I have to suffer while fighting this new battle of illness on top of what I already have. She ordered me eliville, the medication has a duel purpose as you already know. It is given for pain and mental health problems. Before she gave me the elivil, she had to have me taken off of my mental health medication, remron, which she called the mental health staff and had that done. Now that I am off of both medications, I am having problems with my thoughts and I am dreaming about crazy things. |

**DEFENDANTS' EXHIBIT B (Page 10 of 16)**   DRC006510

| | | | Mr. Scoth, I believe that if I continue to be medically treated by Dr. Cardarius, there will be further problems. I need pain medication for the pain that I am having from my neck and back problems along with the onslot of this cancer. Thank you. |
|---|---|---|---|

## Grievance #373336711

**Profile Photo:**



**Audit Photo:**



**Inmate Info**

**Name:** LONNIE THOMPSON ▮▮▮▮▮▮
**Booking #:** A640614
**Nationality:**
**Submitted Date:** 03/24/23 09:33
**Submitted Room:** RCI,HJ,A,135B,0000/HJA
**Submitted Facility:** ODRC Ross CI
**Current Room:** TCI,B,14E,205B,0000/14-EAST
**Current Facility:** ODRC Trumbull CI
**MAC ID:** Not submitted from tablet
**Device ID:** Not submitted from tablet

**Form Info**

**Category:** Historical Grievances
**Form:** Gri - Health Care - Jpay

**Grievance Info**

**Grievance ID #:** RCI0323005148
**Status:** CLOSED
**Facility Deadline:** 03/31/23 09:33
**Grievance Level:** 1
**Inmate can reply:** No
**Disposition @ 1:**

**Summary:**

Migrated Grievance (JPAY ID: 19054209)

**Details:**

**First Inmate CommunicationFirst Inmate Communication:**
I had surgery on my bladder at osu approx. (10) ten days ago and the doctor there order me medication for my bladder spasam. I have and continue to have this problem with my bladder and still I have not received the ordered medication yet.

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 03/24/23 15:43 | | Changed Status | Closed by Mike Scott |
| 03/24/23 15:43 | | External Action | (JPAY Initiator - ID: 68972, Name: Mike Scott) Responded to incarcerated individual |
| 03/24/23 15:43 | | Responded to Inmate | Mike Scott responded to the resident: Mr Thompson I respnded to this on the othe informal. Thank you. |
| 03/24/23 15:43 | | Staff Response | Mr Thompson I respnded to this on the othe informal. Thank you. |
| 03/24/23 10:37 | | Changed Status | Changed JPAY status to pending by Mike Scott |
| 03/24/23 09:33 | LONNIE THOMPSON | Submitted New | Created migrated grievance (JPAY ID 19054209) |
| 03/24/23 09:33 | LONNIE THOMPSON | Inmate Response | I had surgery on my bladder at osu approx. (10) ten days ago and the doctor there order me medication for my bladder spasam. I have and continue to have this problem with my bladder and still I have not received the ordered medication yet. |

# Request #373380441

**Profile Photo:**



**Audit Photo:**



### Inmate Info

**Name:** LONNIE THOMPSON ▮▮▮▮▮▮▮▮
**Booking #:** A640614
**Nationality:**
**Submitted Date:** 04/06/23 15:50
**Submitted Room:** RCI,HJ,A,135B,0000/HJA
**Submitted Facility:** ODRC Ross CI
**Current Room:** TCI,B,14E,205B,0000/14-EAST
**Current Facility:** ODRC Trumbull CI
**MAC ID:** Not submitted from tablet
**Device ID:** Not submitted from tablet

### Form Info

**Category:** Historical Kites
**Form:** Kite - Health Care - Jpay

### Request Info

**Status:** CLOSED
**Facility Deadline:** 04/13/23 15:50

**Summary of Request:**

Migrated Grievance (JPAY ID: 19223042)

**Details of Request:**

**First Inmate CommunicationFirst Inmate Communication:**
Mr. Scott,

Good day to you. I am writing to inquiry about the medication that mental health said they e-mailed health service about me being placed back on elavil. I haven't received any medication as of this writing. Please check for me because I need my mental health medicine. Also, I would like to speak to you concerning paperwork that I received from Columbus stating that I applied for Medicade, in which I did not. Thank you.

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 01/07/24 14:50 | LONNIE THOMPSON | Viewed Staff Response | |
| 01/07/24 14:50 | LONNIE THOMPSON | Viewed Staff Response | |
| 01/07/24 14:50 | LONNIE THOMPSON | Viewed Staff Response | |
| 04/11/23 13:21 | | Changed Status | Closed by Mike Scott |
| 04/11/23 13:21 | | External Action | (JPAY Initiator - ID: 68972, Name: Mike Scott) Responded to incarcerated individual |
| 04/11/23 13:21 | | Responded to Inmate | Mike Scott responded to the resident: Good afternoon Mr Thmpson. Im glad we got to talk today with Mrs Cardaras. I hope that cleared things up for you. One last thing...do you have a pass for evening pill pass? You had left before I could make sure. If not have the officer call so we can get you up for your meds ASAP. Thank you sir and have a great day. |
| 04/11/23 13:21 | | Staff Response | Good afternoon Mr Thmpson. Im glad we got to talk today with Mrs Cardaras. I hope that cleared things up for you. One last thing...do you have a pass for evening pill pass? You had left before I could make sure. If not have the officer call so we can get you up for your meds ASAP. Thank you sir and have a great day. |
| 04/07/23 12:10 | | Changed Status | Changed JPAY status to pending by Mike Scott |
| 04/06/23 15:50 | LONNIE THOMPSON | Submitted New | Created migrated grievance (JPAY ID 19223042) |
| 04/06/23 15:50 | LONNIE THOMPSON | Inmate Response | Mr. Scott, Good day to you. I am writing to inquiry about the medication that mental health said they e-mailed health service about me being placed back on elavil. I haven't received any medication as of this writing. Please check for me because I need my mental health medicine. Also, I would like to speak to you concerning paperwork that I received from Columbus stating that I applied for Medicade, in which I did not. Thank you. |

**DEFENDANTS' EXHIBIT B (Page 13 of 16)**          DRC006513

## Grievance #256963041

**Profile Photo:**



**Audit Photo:**

**Inmate Info**

**Name:** LONNIE THOMPSON ▉▉▉▉▉
**Booking #:** A640614
**Nationality:**
**Submitted Date:** 06/16/23 16:53
**Submitted Room:** RCI,HJ,A,135B,0000/HJA
**Submitted Facility:** ODRC Ross CI
**Current Room:** TCI,B,14E,205B,0000/14-EAST
**Current Facility:** ODRC Trumbull CI
**MAC ID:** 08:FB:EA:36:AA:D8
**Device ID:** 08FBEA36AAD8

**Form Info**

**Category:** Health Care
**Form:** Access/Delay in receiving medical care

**Grievance Info**

**Grievance ID #:** RCI000000000524
**Status:** CLOSED **by** Scott, M.
**Facility Deadline:** 06/23/23 23:59
**Grievance Level:** ICR
**Inmate can reply:** No

**Summary:**

No pass for ct scan concerning cancer

**Details:**

**Please state the nature of your Informal Complaint Request (ICR). Be specific.:**
I have submitted at least two different IHR concerning me receiving medical care concerning my problem with the pain I am experiencing with my testes. I have not received a pass yet also I am supposed to have a ct scan concerning the prostate and bladder cancer.

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 11/07/23 10:30 | LONNIE THOMPSON | Viewed Staff Response | |
| 10/11/23 10:10 | LONNIE THOMPSON | Viewed Staff Response | |
| 09/20/23 17:30 | LONNIE THOMPSON | Viewed Staff Response | |
| 09/13/23 20:03 | LONNIE THOMPSON | Viewed Staff Response | |
| 09/13/23 15:02 | LONNIE THOMPSON | Viewed Staff Response | |
| 09/13/23 09:39 | LONNIE THOMPSON | Viewed Staff Response | |
| 09/12/23 11:21 | LONNIE THOMPSON | Viewed Staff Response | |
| 09/12/23 08:36 | LONNIE THOMPSON | Viewed Staff Response | |
| 09/11/23 19:13 | LONNIE THOMPSON | Viewed Staff Response | |
| 09/10/23 10:10 | LONNIE THOMPSON | Viewed Staff Response | |
| 08/24/23 18:22 | LONNIE THOMPSON | Viewed Staff Response | |
| 08/24/23 18:22 | LONNIE THOMPSON | Viewed Staff Response | |
| 08/23/23 19:53 | LONNIE THOMPSON | Viewed Staff Response | |
| 06/28/23 10:15 | LONNIE THOMPSON | Viewed Staff Response | |
| 06/28/23 10:14 | LONNIE THOMPSON | Viewed Staff Response | |
| 06/26/23 10:07 | LONNIE THOMPSON | Viewed Staff Response | |
| 06/24/23 19:15 | LONNIE THOMPSON | Viewed Staff Response | |
| 06/24/23 19:14 | LONNIE THOMPSON | Viewed Staff Response | |
| 06/23/23 18:18 | LONNIE THOMPSON | Viewed Staff Response | |
| 06/23/23 18:17 | LONNIE THOMPSON | Inmate Accept Response | Inmate THOMPSON, LONNIE has accepted with the following reason = Accept |
| 06/23/23 18:17 | | Staff Response | Inmate THOMPSON, LONNIE has accepted with the following reason = Accept |
| 06/23/23 18:16 | LONNIE THOMPSON | Viewed Staff Response | |
| 06/23/23 18:14 | LONNIE THOMPSON | Viewed Staff Response | |
| 06/23/23 08:44 | Scott, M. | Staff Response | Mr Thompson, as we discussed yesterday, you were able to review tests with me and your chart. Per 68-MED-01 you are entitled to proper medical care |
| 06/23/23 08:44 | Scott, M. | Changed Status | From 'Open' to 'Closed' |
| 06/21/23 12:04 | LONNIE THOMPSON | Viewed Staff Response | |
| 06/20/23 15:21 | LONNIE THOMPSON | Viewed Staff Response | |
| 06/16/23 19:15 | LONNIE THOMPSON | Viewed Staff Response | |

**DEFENDANTS' EXHIBIT B (Page 14 of 16)**          DRC006514

| | | | |
|---|---|---|---|
| 06/16/23 19:12 | LONNIE THOMPSON | Viewed Staff Response | |
| **06/16/23 16:53** | **LONNIE THOMPSON** | **Submitted New** | **No pass for ct scan concerning cancer** |

# Request #259354971

**Profile Photo:**



**Audit Photo:**



**Inmate Info**

**Name:** LONNIE THOMPSON ▇▇▇▇▇
**Booking #:** A640614
**Nationality:**
**Submitted Date:** 06/26/23 17:19
**Submitted Room:** RCI,HJ,A,135B,0000/HJA
**Submitted Facility:** ODRC Ross CI
**Current Room:** TCI,B,14E,205B,0000/14-EAST
**Current Facility:** ODRC Trumbull CI
**MAC ID:** 08:FB:EA:36:AA:D8
**Device ID:** 08FBEA36AAD8

**Form Info**

**Category:** Warden's Office
**Form:** Kite - Warden AA

**Request Info**

**Status:** CLOSED **by** Szoke, A.
**Facility Deadline:** 07/03/23 23:59

**Summary of Request:**

Lost property and no way of communicating.

**Details of Request:**

**Please state the nature of your kite. Be specific.:**
Assistant Warden,

I am writing to you concerning a problem that I have encountered involving my lost property. I went out to Ohio State University hospital on May 18, 2023 for my last treatment or chemotherapy. I was packed up by C/O Roll in J-Dorm the night before due to the fact that I was only admitted to IHS for that night and I returned back to the institution the next day. I inquired about my pack up at the vault. I was told by the vault supervisor that they had no record of my pack up or belongings. I saw the lieutenant at the Captain's Office and was told that he reviewed the camera showing C/O Roll packing me up and where the Yard Officers taking my pack up with them. There has given two (2) separate extensions in the recovery or resolution to solve this situation, and as of this writing, no property or restitution has been given. As you know sir, we can no longer use the J-Pay Kiosh to see any kites, informal complaints or grievances. It has been over one and a half months since I file my complaint. Please advise me as to how I am to continue my quest to resolve this matter. Thank you sir.

| DATE/TIME | USER | ACTION | DETAILS |
|---|---|---|---|
| 07/12/23 15:11 | LONNIE THOMPSON | Viewed Staff Response | |
| 06/28/23 22:13 | LONNIE THOMPSON | Viewed Staff Response | |
| 06/28/23 15:01 | LONNIE THOMPSON | Viewed Staff Response | |
| 06/28/23 15:00 | LONNIE THOMPSON | Viewed Staff Response | |
| 06/28/23 11:31 | Szoke, A. | Staff Response | I have answered this kite already |
| 06/28/23 11:31 | Szoke, A. | Changed Status | From 'Open' to 'Closed' |
| 06/27/23 17:26 | LONNIE THOMPSON | Viewed Staff Response | |
| 06/27/23 08:07 | LONNIE THOMPSON | Viewed Staff Response | |
| 06/26/23 17:35 | LONNIE THOMPSON | Viewed Staff Response | |