## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

LONNIE THOMPSON,                          :

          Plaintiff,              :      Case No. 1:23-CV-01656

                            :      Judge Pamela A. Barker

v.                                        :

                            :      Magistrate Judge James E. Grimes Jr.

JULIE A. HENSLEY, *et al.*,                :

          Defendants.             :

---

### DECLARATION OF KELLI CARDARAS

I, Kelli Cardaras, pursuant to 28 U.S.C. § 1746, make this unsworn Declaration under penalty of perjury and declare that the statements below are true:

1. I have personal knowledge of the facts in this Declaration and am competent to testify to the truth about these matters.

2. I am presently employed at the Ross Correctional Institution ("RCI") as a Certified Nurse Practitioner ("CNP") where I have been employed since 2010. As a CNP, I began seeing Mr. Thompson in November 2022 for routine chronic care. I also saw Mr. Thompson for ALP Sick Call, ALP Infirmary Rounds, ordered his medication, and coordinated his roundtrip visits to specialists at The Ohio State University Hospital ("OSU"). As a CNP, I am also a custodian of inmate medical records.

3. I never refused or denied Mr. Thompson access to oxybutynin or Ditropan, which is the brand name for oxybutynin. Instead, on April 3, 2023, not only was Mr. Thompson approved for Ditropan for 90 days by ODRC's Medical Director, but he also received Flexeril, Tramadol and Elavil for spasms and pain while under my care as documented in the April 3, 2023 Non Formulary Medicine Request for Ditropan; the January 4, 2023 New Orders for Tramadol and Flexeril; the February 7, 2023 New Orders for Tramadol; the March 1, 2023 New Orders for Elavil; the March 16, 2023 New Orders for Ditropan and Tramadol; the April 11, 2023 New Orders for Elavil; and the July 20, 2023 Discharge Instructions pertaining to the resumption of all home medicines, over-the-counter pain medications (Tylenol, ibuprofen) as needed, and previously prescribed oxybutynin as needed for bladder spasms, all of which are true and accurate copies of medical records made and retained in the regular course of RCI's business.

4. Nor was Ensure ordered for Mr. Thompson between October 14, 2022, and August 2, 2023, whether by any physician at OSU or by any Advanced Level Provider ("ALP") at RCI.

**DEFENDANTS' EXHIBIT B (Page 1 of 25)**

Instead, OSU's July 20, 2023, Discharge Instructions for Mr. Thompson were to resume all home medications, take over-the-counter pain medications (Tylenol, ibuprofen) as needed, take a previously prescribed medication (oxybutynin) as needed for bladder spasms, and start his regular diet tomorrow. *See* OSU's July 20, 2023, Discharge Instructions for Mr. Thompson attached hereto, which is a true and accurate copy of a medical record made and retained in the regular course of RCI's business.

5. It is not surprising there were no orders to give Mr. Thompon Ensure. Ensure is only ordered for patients who cannot tolerate solids, who are suffering from facial injuries, or who are recovering from serious injury or disease and have lost or are at risk of losing a significant amount of weight and/or muscle mass as a result.

6. Notably, Mr. Thompson's medical records show that on January 4, 2023, he weighed 162 lbs and had a BMI of 24.01; that on March 1, 2023, he weighed 181 lbs and had a BMI of 26.83; and that on April 11, 2023, he weighed 181 lbs and had a BMI of 26.83. *See* Mr. Thompson's medical records for January 4, 2023, March 1, 2023, and April 11, 2023, attached hereto, which are true and accurate copies of medical records made and retained in the regular course of RCI's business.

7. Normal BMI ranges between 19-24. By contrast, not only do Mr. Thompson's medical records show that he gained 19 lbs while under my care, but also that his BMI rose from 24.01 to 26.23 during that time. Accordingly, rather than being at risk of losing weight, it appears that while under my care Mr. Thompson was well on his way to becoming obese. *See* Mr. Thompson's medical records from December 16, 2022, through July 21, 2023, which are attached hereto and are true and accurate copies of medical records made and retained in the regular course of RCI's business.

8. Certainly, between October 14, 2022, and August 2, 2023, there was no indication that Mr. Thompson should be provided with any nutritional supplements. Not only was there no indication in Mr. Thompson's medical records that he suffered from any nutritional deficiency, but also there was no suggestion that he was underweight or that he was at risk of being so.

9. Neither did I ever refuse or deny Mr. Thompson access to Ensure.

10. Mr. Thompson's medical records also suggest that the Ditropan, which was approved for him for 90 days on April 3, 2023, may have expired before he was transferred from RCI on August 2, 2023. If so, Mr. Thompson continued to receive his home medications, over-the-counter pain medications, and medication for bladder spasms in accordance with RCI's medication orders and as ordered by OSU on July 20, 2023, including oxybutynin/Ditropan. *See* OSU's July 20, 2023, Discharge Instructions for Mr. Thompson attached hereto, which is a true and accurate copy of a medical record made and retained in the regular course of RCI's business.

11. I was never ordered to renew Mr. Thompson's Ditropan, nor even though I saw him regularly did he ever ask me to renew this medication for him. On the contrary, when I saw

2

Mr. Thompson on April 11, 2023, for a follow-up visit, he asked that his Ditropan be stopped because it made him feel funny and have a dry mouth. Nevertheless, until now I was not even aware that Mr. Thompson's order for Ditropan may have expired before he was transferred. *See* Mr. Thompson's medical records from December 16, 2022, through July 21, 2023, which are attached hereto and are true and accurate copies of medical records made and retained in the regular course of RCI's business.

12.    Mr. Thompson also went to Nurse's Sick Call for pain in his groin on both July 28, 2023, and July 31, 2023, where he saw a nurse, was referred to an ALP, and was seen by an ALP, not me, following his prison transfer on August 2, 2023.

13.    I also spoke with and arranged for Mr. Thompson's roundtrip visits with specialists: to a urologist on June 22, 2022 and September 26, 2022; for a CT scan on July 29, 2022; for two Transurethral Resection Prostrate ("TURP") biopsies on November 28, 2022, and December 16, 2022; to an oncologist on April 7, 2023; and for his Bacillus Calmette Guerin ("BCG") immunotherapy treatment for bladder cancer on April 20, 2023, April 27, 2023, May 4, 2023, May 11, 2023, and May 18, 2023.

14.    At no time did I ignore, refuse to verify, or fail to carry out any orders pertaining to Mr. Thompson's medical care.

3/24/26
_____
Date

_____
Kelli Cardaras
Certified Nurse Practitioner

3

**Ross Correctional Institution**
16149 State Route 104   Chillicothe, OH 45601
(740) 774-7050  Fax:

*March 19, 2026*
Page 1
Append

## LONNIE B THOMPSON (A640614)
Male  DOB: ███████    1871375660

**04/03/2023 - Non Formulary Med Request: Non Formulary Medicine Request:Ditropan**
**Provider: Melissa Hawk-CNP**
**Location of Care: Ross Correctional Institution**

**Encounter Context**
**Parent Institution at time of evaluation:** Ross Correctional Institution
**Age at Time:** 66 Years Old

New Request
**Patient Number**
A640614
**Allergies:**
* Vancomycin (Moderate)
* Hydrocortisone (Moderate)

**Date Requesting:** 04/03/2023
**Name of Drug:** Ditropan
**Dose:** 5mg
**Frequency:**  TID
**Length of Anticipated Treatment:** 90 days
**Reason For Non Formulary Request:** 65 y.o. with bladder cancer returned from OSU hospital today s/p cystourethroscopy w/fulguration/resection of bladder lesion (TURB), and redo TURP on 3/15/23. Discharge recmmendation for Ditropan for bladder spasms. He presents today c/o intolerable bladder spasms. He sees Urology again on 4/7/23
**Are there medical records in the patient's chart to back up diagnosis and recommendations for the non-formulary medication?:** Records available in fusion and Carelink

**Electronically signed by Melissa Hawk-CNP on 04/03/2023 at 11:31 AM**

---

**04/03/2023 - Append: Non Formulary Medicine Request:Ditropan**
**Provider: Andrew D Eddy-MD**
**Location of Care: Ross Correctional Institution**

approved x 90 days

**Electronically signed by Andrew D Eddy-MD on 04/03/2023 at 11:34 AM**
**Electronically signed by Melissa Hawk-CNP on 04/03/2023 at 1:15 PM**

---



**Ross Correctional Institution**
16149 State Route 104  Chillicothe, OH 45601
(740) 774-7050  Fax:

*March 19, 2026*
Page 1
ALP Sick Call

**LONNIE B THOMPSON (A640614)**
Male  DOB: ▮▮▮▮▮▮        1871375660

**12/16/2022 - ALP Sick Call: ALP Sick Call - RT f/u**
**Provider: Kelli Cardaras-CNP**
**Location of Care: Ross Correctional Institution**

**Encounter Context**
**Parent Institution at time of evaluation:** Ross Correctional Institution
**Age at Time:** 65 Years Old

**Current Vital Signs**
**Date/Time Vitals were taken:** December 16, 2022 11:54 AM
**Previous Height:** 69 (12/14/2022 11:38:10 AM)   **Previous Weight:** 163 (12/14/2022 11:38:10 AM)
**Does weight include shackles?** Without Shackles
**Current Weight (lbs) Without Shackles:** 165   **Current Height (in.):** 69
  **BMI:** 24.45
  **Sitting BP:** 132 / 74
**Temperature:** 97.9   **Temperature site:** Oral
**Pulse rate:** 76   **Pulse rhythm:** Regular
**Respirations:** 18  **Respiration Type:** Regular
  **Pulse Ox%** 98   **Room Air:** Yes
**Skin Turgor:** normal
**Capillary Refill:** brisk<2sec
**Pedal Pulses:** positive

**HPI**
**Chief complaint:** f/u telemed
**History of presenting illness:** 65 y.o. with hx HIV, hematuria, dysuria, and BPH, here for f/u after urology telemed. He underwent TURP/biopsy last month. Path showed bladder cancer with extension into prostate. Pt states he is struggling with diagnosis and upcoming surgery to remove the bladder and create a urostomy. States he has support from his family.
**Is there another issue?** No

**Physical Examination**
General

**General**
Patient is alert and oriented and in no acute distress
Pleasant, talkative. Appears well today. Exam deferred

**Rectal**
**Hemoccult Previous**
1+ (11/04/2018 1:10:34 PM)

**Assessment**

**Plan**

**DEFENDANTS' EXHIBIT B (Page 5 of 25)**          DRC006483

**Ross Correctional Institution**
16149 State Route 104   Chillicothe, OH 45601
(740) 774-7050  Fax:

*March 19, 2026*
Page 2
ALP Sick Call

**LONNIE B THOMPSON (A640614)**
Male  DOB: ▮▮▮▮▮      1871375660

**Is this visit related to Pandemic?** No
**Is this patient a COVID-19 POSITIVE patient?** No
**Patient is a close contact with a Covid-19 positive patient:** No
Discussed upcoming scans for staging and f/u with oncology and upcoming surgery. All questions
answered. Handout provided on cystectomy from Mayo Clinic. f/u after CTs and on CCC as scheduled.
**Medical Classification if initiated or changed:** 1
Return to Clinic PRN

**New Orders**

**Electronically signed by Kelli Cardaras-CNP on 12/16/2022 at 12:57 PM**

**DEFENDANTS' EXHIBIT B (Page 6 of 25)**            DRC006484

**Ross Correctional Institution**
16149 State Route 104   Chillicothe, OH 45601
(740) 774-7050  Fax:

*March 19, 2026*
*Page 1*
*ALP Sick Call*

## LONNIE B THOMPSON (A640614)
Male  DOB: ███████       1871375660

**01/04/2023 - ALP Sick Call: ALP Sick Call - f/u back pain**
**Provider: Kelli Cardaras-CNP**
**Location of Care: Ross Correctional Institution**

### Encounter Context
**Parent Institution at time of evaluation:** Ross Correctional Institution
**Age at Time:** 65 Years Old

### Current Vital Signs
**Date/Time Vitals were taken:** January 4, 2023 9:09 AM
**Previous Height:** 69 (12/22/2022 4:35:09 PM)   **Previous Weight:** 163 (12/22/2022 4:35:09 PM)
**Does weight include shackles?** Without Shackles
**Current Weight (lbs) Without Shackles:** 162  **BMI:** 24.01
  **Sitting BP:** 126 / 81
**Temperature:** 97.9   **Temperature site:** Oral
**Pulse rate:** 74   **Pulse rhythm:** Regular
**Respirations:** 16  **Respiration Type:** Unlabored
  **Pulse Ox%** 98  **Room Air:** Yes
**Skin Turgor:** normal
**Capillary Refill:** brisk
**Pedal Pulses:** NA

### HPI
**Chief complaint:** f/u abd pain
**History of presenting illness:** 65 y.o. here for f/u after he was seen for abd/back pain last month on 12/22. He was recently diagnosed with bladder cancer and is awaiting CT scans and oncology f/u. pt reports he still has a lot of pain in his back  and nothing makes it better than the tramadol, gives hx DDD. No N/V/D/C, no fever/chills, no weakness, numbness or tingling in legs, no incontinence or saddle anesthesia.
**Is there another issue?** No

### Physical Examination
Musculoskeletal

### General
Patient is alert and oriented and in no acute distress

### Cardiovascular
Regular rhythm, no murmurs or gallops.
Normal S1, S2

### Rectal
**Hemoccult Previous**
1+ (11/04/2018 1:10:34 PM)

### Respiratory

**DEFENDANTS' EXHIBIT B (Page 7 of 25)**          **DRC006485**

**Ross Correctional Institution**
16149 State Route 104   Chillicothe, OH 45601
(740) 774-7050  Fax:

*March 19, 2026*
*Page 2*
ALP Sick Call

**LONNIE B THOMPSON (A640614)**
Male  DOB: ███████        1871375660

Lungs clear to auscultation with no wheezing, rales, or rhonchi

## Head
**Normocephalic** Yes

## Neck
Neck Supple
**Adenopathy** No

## Musculoskeletal
Full Range of motion of all 4 extremeties without obvious deformity.

## Gait
**Uses ambulatory devices** No
**Ataxia** No

## Cervical Spine
**Full Range of Motion** Yes

## Thoracic Spine
**Full Range of Motion** Yes

## Lumbosacral Spine
**Full Range of Motion** Yes
**Tender** Yes
Pt jumps/flinches with light palpation over lower thoracic and lumbar spine and paraspinal muscles. No point tenderness, no crepitus, no edema or palpable spasm.

## Extremeties
**Edema** No
Grossly intact and non focal, no tremors, no gait abnormalities, speech fluent.

## Mental Status
Alert, oriented, answers questions appropriately

## Eyes
Full extraocular motion, sclera clear, not icteric, pupils equal and round

## Mouth / Throat
**Oral mucosa normal** Yes

## Integumentary
Skin is without obvious rashes or lesions.

## Assessment
**Active Problems:** 04/05/2021    Lumbar disc degeneration (ICD-722.52) (ICD10-M51.36)

**Ross Correctional Institution**
16149 State Route 104   Chillicothe, OH 45601
(740) 774-7050  Fax:

*March 19, 2026*
*Page 3*
*ALP Sick Call*

## LONNIE B THOMPSON (A640614)
Male  DOB: ███████          1871375660

### Plan
**Is this visit related to Pandemic?** No
**Is this patient a COVID-19 POSITIVE patient?** No
**Patient is a close contact with a Covid-19 positive patient:** No
Pt having flare of back pain. No relief with Tylenol or NSAIDs, Tramadol 50mg TID x 3 days ordered and Flexeril 10mg PO TID PRN x 21 days (will start when med arrives). Pt ed on activity as tolerated. F/u after CT scans.
**Medical Classification if initiated or changed:** 1

### New Orders

**Electronically signed by Kelli Cardaras-CNP on 01/04/2023 at 11:03 AM**

**Ross Correctional Institution**
16149 State Route 104   Chillicothe, OH 45601
(740) 774-7050  Fax:

*March 19, 2026*
Page 1
ALP Sick Call

**LONNIE B THOMPSON (A640614)**
Male  DOB: ███████     1871375660

**02/07/2023 - ALP Sick Call: ALP Sick Call - f/u telemed urology**
**Provider: Kelli Cardaras-CNP**
**Location of Care: Ross Correctional Institution**

**Encounter Context**
**Parent Institution at time of evaluation:** Ross Correctional Institution
**Age at Time:** 65 Years Old

**Current Vital Signs**
**Date/Time Vitals were taken:** February 7, 2023 1:34 PM
**Previous Height:** 69 (02/02/2023 11:25:28 AM)   **Previous Weight:** 174 (02/02/2023 11:25:28 AM)
**Does weight include shackles?** Without Shackles
**Current Weight (lbs) Without Shackles:** 172  **BMI:** 25.49
  **Sitting BP:** 134 / 68
**Temperature:** 97.6   **Temperature site:** Oral
**Pulse rate:** 78   **Pulse rhythm:** Regular
**Respirations:** 16  **Respiration Type:** Regular
  **Pulse Ox%** 98  **Room Air:** Yes

**HPI**
**Chief complaint:** Telemed followup
**History of presenting illness:** Pt here for f/u after urology telemed in which he discussed his upcoming surgery for bladder cancer. Pt states he spoke to his family and he is ready to proceed with surgery for prostatectomy and chemo.
**Is there another issue?** Yes
**Second Complaint:** Back pain
**HOPI of second compliant:** Pt reports worsening of back pain, hurts all the time, can't get comfortable, worse in certain positions such as sitting. Feels better leaning forward or laying down. Similar to his previous back pain. Points to right lower back, denies any numbness/tingling in legs, no saddle anesthesia, no incontinence. OTC meds aren't helping.
**Is there a third issue?** No

**Physical Examination**
Neurologic

**General**
Patient is alert and oriented and in no acute distress
Pt is restless, leaning over onto right side, then sitting up, leaning forward and back, standing and leaning over onto bed

**Rectal**
**Hemoccult Previous**
1+ (11/04/2018 1:10:34 PM)

**Musculoskeletal**
Full Range of motion of all 4 extremeties without obvious deformity.

**Ross Correctional Institution**
16149 State Route 104   Chillicothe, OH 45601
(740) 774-7050  Fax:

*March 19, 2026*
*Page 2*
*ALP Sick Call*

**LONNIE B THOMPSON (A640614)**
Male  DOB: ▮▮▮▮▮▮        1871375660

**Cervical Spine**
**Full Range of Motion** Yes
**Tender** No

**Thoracic Spine**
**Full Range of Motion** Yes
**Tender** No

**Lumbosacral Spine**
**Full Range of Motion** Yes
**Tender** Yes
TTP left lower back/flank area

**Extremeties**
**Edema** No
Grossly intact and non focal, no tremors, no gait abnormalities, speech fluent.

**Reflexes**
**Biceps** Normal
**Patellar** Normal

**Assessment**

**Plan**
**Is this visit related to Pandemic?** No
**Is this patient a COVID-19 POSITIVE patient?** No
**Patient is a close contact with a Covid-19 positive patient:** No
Bladder cancer - f/u with urology telemed and surgery as scheduled. F/u PRN any concerns and on CCC as scheduled.
Back pain acute on chronic - tramadol 50mg PO BID x 3 days. Encouraged to remain active/ADLs, no strenuous activity if having pain, avoid bedrest. F/u PRN
**Medical Classification if initiated or changed: 1**

**New Orders**

**Electronically signed by Kelli Cardaras-CNP on 02/07/2023 at 3:50 PM**

**Ross Correctional Institution**
16149 State Route 104   Chillicothe, OH 45601
(740) 774-7050  Fax:

*March 19, 2026*
Page 1
ALP Sick Call

**LONNIE B THOMPSON (A640614)**
Male  DOB: 03/25/1957      1871375660

**03/01/2023 - ALP Sick Call: ALP Sick Call - f/u telemed; f/u Elavil**
**Provider: Kelli Cardaras-CNP**
**Location of Care: Ross Correctional Institution**

**Encounter Context**
**Parent Institution at time of evaluation:** Ross Correctional Institution
**Age at Time:** 65 Years Old

**Current Vital Signs**
**Date/Time Vitals were taken:** March 1, 2023 12:11 PM
**Previous Height:** 69 (02/27/2023 11:53:47 AM)   **Previous Weight:** 179 (02/27/2023 11:53:47 AM)
**Does weight include shackles?** Without Shackles
**Current Weight (lbs) Without Shackles:** 181  **BMI:** 26.83
   **Sitting BP:** 110 / 70
**Temperature:** 97.7   **Temperature site:** Oral
**Pulse rate:** 84   **Pulse rhythm:** Regular
**Respirations:** 16  **Respiration Type:** Unlabored
   **Pulse Ox%** 93  **Room Air:** Yes

**HPI**
**Chief complaint:** Follow up on Telemed.
**History of presenting illness:** 65 y.o. with bladder cancer here for f/u after telemed visit to discuss surgery plan. Pt states they are no longer planning to remove the bladder, they will instead remove tumor and then give him chemo. There are no notes from the visit available, but surgery planned is cysto/fulguration/TURB/TURP and biopsy. Pt started Elavil for back pain recently and states it is helpful. No significant adverse effects.
**Is there another issue?** No

**Physical Examination**
General

**General**
Patient is alert and oriented and in no acute distress
Pt appears well today. Exam deferred

**Rectal**
**Hemoccult Previous**
1+ (11/04/2018 1:10:34 PM)

**Assessment**

**Plan**
**Is this visit related to Pandemic?** No
**Is this patient a COVID-19 POSITIVE patient?** No
**Patient is a close contact with a Covid-19 positive patient:** No

**DEFENDANTS' EXHIBIT B (Page 12 of 25)**          DRC006490

**Ross Correctional Institution**
16149 State Route 104   Chillicothe, OH 45601
(740) 774-7050  Fax:

*March 19, 2026*
*Page 2*
*ALP Sick Call*

**LONNIE B THOMPSON (A640614)**
Male  DOB: ███████     1871375660

Answered as many questions as possible about procedure. Pt appears well informed by consultant. Pt ed
on BCG tx. F/u on CCC as scheduled and for any pre-ops as requested by OSU.
**Medical Classification if initiated or changed: 1**

**New Orders**

**Electronically signed by Kelli Cardaras-CNP on 03/01/2023 at 12:36 PM**

**Ross Correctional Institution**
16149 State Route 104   Chillicothe, OH 45601
(740) 774-7050  Fax:

*March 19, 2026*
*Page 1*
*ALP Sick Call*

**LONNIE B THOMPSON (A640614)**
Male  DOB: ███████          1871375660

**03/16/2023 - ALP Sick Call: ALP Sick Call - OSU release TURB/TURP**
**Provider: Kelli Cardaras-CNP**
**Location of Care: Ross Correctional Institution**

**Encounter Context**
**Parent Institution at time of evaluation:** Ross Correctional Institution
**Age at Time:** 65 Years Old

**Current Vital Signs**
**Previous Height:** 69 (03/14/2023 11:10:59 PM)   **Previous Weight:** 181 (03/16/2023 3:16:54 PM)
**Does weight include shackles?** Without Shackles
**Current Weight (lbs) Without Shackles:** 181   **BMI:** 26.83
  **Sitting BP:** 127 / 78
**Temperature:** 98.6   **Temperature site:** Oral
**Pulse rate:** 92   **Pulse rhythm:** Regular
**Respirations:** 16  **Respiration Type:** Unlabored
  **Pulse Ox%** 95  **Room Air:** Yes

**HPI**
**Chief complaint:** OSU release s/p TURB/TURP
**History of presenting illness:** 65 y.o. with bladder cancer returned from OSU hospital today s/p cystourethroscopy w/fulguration/resection of bladder lesion (TURB), and redo TURP. Reports everything went well. Asking about pain meds. Denies any fever/chills, N/V/D, had some constipation and was given suppository at hospital with some results.
**Is there another issue?** No

**Physical Examination**
Mental Status

**General**
Patient is alert and oriented and in no acute distress

**Cardiovascular**
Regular rhythm, no murmurs or gallops.
Normal S1, S2

**Gastrointestinal**
Abdomen soft, non-tender, bowel sounds present, no masses, no hepatomegaly.

**Rectal**
**Hemoccult Previous**
1+ (11/04/2018 1:10:34 PM)

**Respiratory**
Lungs clear to auscultation with no wheezing, rales, or rhonchi
**Diminished breathsounds** No

**DEFENDANTS' EXHIBIT B (Page 14 of 25)**          DRC006492

**Ross Correctional Institution**
16149 State Route 104   Chillicothe, OH 45601
(740) 774-7050  Fax:

*March 19, 2026*
*Page 2*
*ALP Sick Call*

## LONNIE B THOMPSON (A640614)
Male  DOB: ███████        1871375660

**Use of accessory muscles** No

## Head
**Normocephalic**  Yes

## Neck
Neck Supple
**Adenopathy** No
Foley cath to gravity drain is patent and draining clear, red tinged urine. No clots observed.

## Musculoskeletal
Full Range of motion of all 4 extremeties without obvious deformity.

## Gait
**Uses ambulatory devices** No

## Extremeties
**Edema** No
**Heat** No
**Discoloration**  No
**Tenderness** No
**Ulceration(s)** No
**Poor capillary refill** No
Grossly intact and non focal, no tremors, no gait abnormalities, speech fluent.

## Cranial Nerves
**Deficits** No

## Mental Status
Alert, oriented, answers questions appropriately

## Eyes
Full extraocular motion, sclera clear, not icteric, pupils equal and round

## Mouth / Throat
**Oral mucosa normal** Yes

## Integumentary
Skin is without obvious rashes or lesions.

## Assessment

## Plan
**Is this visit related to Pandemic?** No
**Is this patient a COVID-19 POSITIVE patient?** No
**Patient is a close contact with a Covid-19 positive patient:** No
Released to housing unit with Foley cath, may switch to leg bag. Pt ed on Bactrim DS to start 1 day before

**DEFENDANTS' EXHIBIT B (Page 15 of 25)**          DRC006493

**Ross Correctional Institution**
16149 State Route 104   Chillicothe, OH 45601
(740) 774-7050  Fax:

*March 19, 2026*
*Page 3*
*ALP Sick Call*

**LONNIE B THOMPSON (A640614)**
Male  DOB: ███████       1871375660

cath removal next week, handout provided on catheter care and explained, Ditropan and Tramadol for pain/spasms. F/u with urology in 2 weeks and on NSC PRN any concerns.
**Was a new Chronic Care Enrollment added this visit?** No
**Medical Classification if initiated or changed:** 1

**New Orders**


**Electronically signed by Kelli Cardaras-CNP on 03/16/2023 at 4:00 PM**

---

**Ross Correctional Institution**
16149 State Route 104   Chillicothe, OH 45601
(740) 774-7050  Fax:

*March 19, 2026*
Page 1
ALP Infirmary Rounds

**LONNIE B THOMPSON (A640614)**
Male  DOB: ███████       1871375660

**07/21/2023 - ALP Infirmary Rounds: ALP Infirmary Rounds - Post-op OSU release**
**Provider: Kelli Cardaras-CNP**
**Location of Care: Ross Correctional Institution**

**Encounter Context**
**Parent Institution at time of evaluation:** Ross Correctional Institution
**Age at Time:** 66 Years Old

**Current Vital Signs**
**Previous Height:** 69 (07/21/2023 7:25:35 AM)   **Previous Weight:** 173 (07/21/2023 7:25:35 AM)
  **BMI:**
**Visit Type:** Outpatient
**Has patient care level changed?** No
**Problem List**
Bladder cancer (ICD-188.9) (ICD10-C67.9)
Unspecified Depressive Disorder (ICD-311) (ICD10-F32.9)
HIV (ICD-042) (ICD10-B20)
   Degeneration of cervical intervertebral disc  (ICD-722.4) (ICD10-M50.30)
Obstructive sleep apnea (ICD-327.23) (ICD10-G47.33)
Asthma (ICD-493.90) (ICD10-J45.909)
Essential hypertension, benign  (ICD-401.1) (ICD10-I10)
Primary localized osteoarthrosis, pelvic region and thigh  (ICD-715.15) (ICD10-M16.10)
   Lumbar disc degeneration (ICD-722.52) (ICD10-M51.36)
   Arthritis, right wrist (ICD-716.93) (ICD10-M12.831)

**Allergies List**
* Vancomycin (Moderate)
* Hydrocortisone (Moderate)

**Orders List**
MHL Assignment [MHL-ASSIGN]
Medical Device [MSN14]
MH Caseload Classification [MHCLASSIFICATION]
Dental Filling [DENTFILL]
Dental Cleaning [DENTCLEAN]
TURB/TURP/TUI [7105]
MH MHL Contact [MHMHLCONTACT]
Low Bunk [MSN01]
Dental Chronic Care Exam [DENTCCE]
Hema/Onc Follow-Up [468]
Schedule with Nutritional Services [SCHDIETARY]
NSG- Admit to Infirmary [NSG077]
MH-Treatment Plan [MH-TP]
Schedule with Optometry [SCHOPT]
Schedule Chronic Care Visit F/U [SCHCCCFU]
CD4/CD8 Ratio Profile [505271]
Comprehensive Metabolic Panel (14) [322000]
HIV-1 RNA, Viral Load PCR Non-Graph [550430]
Lipid Panel With LDL/HDL Ratio [235010]
Schedule with Advanced Level Provider [SCHMEDALP]

**Ross Correctional Institution**
16149 State Route 104  Chillicothe, OH 45601
(740) 774-7050  Fax:

*March 19, 2026*
*Page 2*
*ALP Infirmary Rounds*

**LONNIE B THOMPSON (A640614)**
Male  DOB: ███████      1871375660

NSG- Foley Catheter Care [NSG052]
NSG- Foley Catheter Care [NSG052]
**Chief Complaint:** Post op
**History of Present Illness: with details regarding duration, frequency, relieving and worsening
factors, etc.** 66 y.o. with bladder cancer underwent repeat cysto, TURB/TURP, ureteral stent placement
at OSU yesterday. Pt reports feeling well today. Wants to leave infirmary. Denies any leg pain, fever/chills,
cough, CP, or SOB. VSS, see flowsheet.

**Physical Examination**
Mental Status

**General**
Patient is alert and oriented and in no acute distress

**Cardiovascular**
Regular rhythm, no murmurs or gallops.
Normal S1, S2

**Rectal**
**Hemoccult Previous**
1+ (11/04/2018 1:10:34 PM)

**Respiratory**
Lungs clear to auscultation with no wheezing, rales, or rhonchi

**Head**
**Normocephalic**  Yes
Foley cath to gravity drain is patent with blood-tinged urine

**Musculoskeletal**
Full Range of motion of all 4 extremeties without obvious deformity.

**Gait**
**Uses ambulatory devices** No

**Extremeties**
**Edema** No
**Heat** No
**Discoloration**  No
**Tenderness** No
Grossly intact and non focal, no tremors, no gait abnormalities, speech fluent.

**Mental Status**
Alert, oriented, answers questions appropriately

**Mouth / Throat**
**Oral mucosa normal** Yes

**Ross Correctional Institution**
16149 State Route 104   Chillicothe, OH 45601
(740) 774-7050  Fax:

*March 19, 2026*
Page 3
ALP Infirmary Rounds

## LONNIE B THOMPSON (A640614)
Male  DOB:          1871375660

### Integumentary
Skin is without obvious rashes or lesions.

### Assessment

### Plan
**Is this visit related to Pandemic?** No
**Is this patient a COVID-19 POSITIVE patient?** No
**Patient is a close contact with a Covid-19 positive patient:** No
Foley out 7/25, release to housing unit, low bunk, Bactrim DS, Tylenol. F/u with urology in 2 wks. Continue previous meds. Pt ed on safe use of OTC pain relievers.
**Medical Classification if initiated or changed: 1**

### New Orders
**New Orders:**
Urology Follow Up [1318]
NSG- Discharge from Infirmary [NSG041]

**Diagnosis on Discharge:**
**Active Problems:** Bladder cancer (ICD-188.9) (ICD10-C67.9), Unspecified Depressive Disorder (ICD-311) (ICD10-F32.9), HIV  (ICD-042) (ICD10-B20),     Degeneration of cervical intervertebral disc  (ICD-722.4) (ICD10-M50.30), Obstructive sleep apnea (ICD-327.23) (ICD10-G47.33), Asthma (ICD-493.90) (ICD10-J45.909), Essential hypertension, benign  (ICD-401.1) (ICD10-I10), Primary localized osteoarthrosis, pelvic region and thigh  (ICD-715.15) (ICD10-M16.10),     Lumbar disc degeneration (ICD-722.52) (ICD10-M51.36),     Arthritis, right wrist (ICD-716.93) (ICD10-M12.831).

### Change in Medical Classification

### Infirmary Discharge Summary
**Open Orders at Discharge:**
MHL Assignment [MHL-ASSIGN], Medical Device [MSN14], MH Caseload Classification [MHCLASSIFICATION], Dental Filling [DENTFILL], Dental Cleaning [DENTCLEAN], TURB/TURP/TUI [7105], MH MHL Contact [MHMHLCONTACT], Low Bunk [MSN01], Dental Chronic Care Exam [DENTCCE], Hema/Onc Follow-Up [468], Schedule with Nutritional Services [SCHDIETARY], NSG- Admit to Infirmary [NSG077], MH-Treatment Plan [MH-TP], Schedule with Optometry [SCHOPT], Schedule Chronic Care Visit F/U [SCHCCCFU], CD4/CD8 Ratio Profile [505271], Comprehensive Metabolic Panel (14) [322000], HIV-1 RNA, Viral Load PCR Non-Graph [550430], Lipid Panel With LDL/HDL Ratio [235010], Schedule with Advanced Level Provider [SCHMEDALP], NSG- Foley Catheter Care [NSG052], NSG- Foley Catheter Care [NSG052], Urology Follow Up [1318], NSG- Discharge from Infirmary [NSG041].

**Electronically signed by Kelli Cardaras-CNP on 07/21/2023 at 7:43 AM**

**DEFENDANTS' EXHIBIT B (Page 19 of 25)**          DRC006497

**Ross Correctional Institution**
16149 State Route 104   Chillicothe, OH 45601
(740) 774-7050  Fax:

*March 19, 2026*
*Page  5*
*Clinical Summary*

**LONNIE B THOMPSON (A640614)**
Male  DOB: ▮▮▮▮▮▮         1871375660

*Ohio State discharge summary*

## Last Filed Vital Signs

| Vital Sign | Reading | Time Taken | Comments |
|---|---|---|---|
| Blood Pressure | 156/72 | 07/20/2023 5:30 PM EDT | |
| Pulse | 70 | 07/20/2023 5:30 PM EDT | |
| Temperature | 36.4 °C (97.6 °F) | 07/20/2023 4:15 PM EDT | |
| Respiratory Rate | 14 | 07/20/2023 5:30 PM EDT | |
| Oxygen Saturation | 100% | 07/20/2023 5:30 PM EDT | |
| Inhaled Oxygen Concentration | - | - | |
| Weight | - | - | |
| Height | 175.3 cm (5' 9") | 07/20/2023 11:36 AM EDT | |
| Body Mass Index | - | - | |

documented in this encounter

## Functional Status

| Functional Status | Response | Date of Assessment |
|---|---|---|
| Are you deaf or do you have serious difficulty hearing? | No | 03/15/2023 |
| Are you blind or do you have serious difficulty seeing, even when wearing glasses? | No | 03/15/2023 |
| Do you have serious difficulty walking or climbing stairs (5 years or older)? | No | 03/15/2023 |
| Do you have difficulty dressing or bathing (5 yrs or older)? | No | 03/15/2023 |
| Because of a physical, mental, or emotional condition, do you have difficulty doing errands alone such as visiting a doctor's office or shopping (5 yrs or older)? | No | 03/15/2023 |

| Cognitive Status | Response | Date of Assessment |
|---|---|---|
| Because of a physical, mental, or emotional condition, do you have serious difficulty concentrating, remembering, or making decisions (5 yrs or older)? | No | 03/15/2023 |

documented as of this encounter

## Discharge Instructions

- Discharge Instructions:

  - Megan A Stout, MD - 07/20/2023 3:17 PM EDT

  Formatting of this note might be different from the original.
  Images from the original note were not included.


  Home Care After Transurethral Resection of Bladder Lesion
  The following instructions will help you care for yourself, or be cared for upon your return home today.
  These are guidelines for your care right after surgery only.

  Antibiotics
  Because of the recent invasive procedure to your bladder, we need to prescribe you antibiotics to prevent bladder infection. We are following the current recommended guidelines for antibiotic use following this procedure.

  Medications

**Ross Correctional Institution**
16149 State Route 104   Chillicothe, OH 45601
(740) 774-7050  Fax:

*March 19, 2026*
Page  6
Clinical Summary

**LONNIE B THOMPSON (A640614)**
Male  DOB: ███████     1871375660

You may resume all home medications.
Take over the counter pain medications (tylenol, ibuprofen) as needed.
You have been prescribed a medication (oxybutynin) to take as needed for bladder spasms.

Diet
Drink plenty of liquids and eat light meals today.
Start your regular diet tomorrow.

Foley Care
Clean your Foley catheter twice a day with soap and water and as needed.
Please refer to your patient education handouts regarding your Foley Care.
Make sure that all drainage tubes lie flat underneath clothing and remain unkinked.
Bladder Spasms: It is common to have bladder spasms. If you feel like you need to urinate and the
sensation goes away when you do, it is likely a bladder spasm. If the sensation does not go away and you
catheter is not draining, notify your physician.
If catheter falls out: If your catheter would fall out, please contact your physician's office and go to the OSU
Medical Center Emergency Room. If you are outside of Columbus, please go to your local emergency

This should be removed in 5 days on 7/25/23 by Prison nursing staff.

Anesthesia Precautions & Expectations
After anesthesia, rest for 24 hours.
Do not drive, drink alcoholic beverages or make any important decisions during this time.
General anesthesia may cause a sore throat, jaw discomfort or muscle aches.
These symptoms can last for one or two days.

What to Expect after Surgery
Mild pain with voiding.
Frequency or urgency.
Bladder cramps.
Minimal bleeding with voiding.

Call your Doctor
Passing clots in urine preventing bladder emptying
Severe pain not controlled by oral medication
Temperature above 101.5 degrees
Inability to urinate within eight (8) hours after surgery

Follow up: 2-3 weeks for stent removal
Electronically signed by Megan A Stout, MD at 07/20/2023 3:17 PM EDT

documented in this encounter

## Medications at Time of Discharge

| Medication | Sig | Dispensed | Refills | Start Date | End Date |
|---|---|---|---|---|---|
| albuterol 108 (90 BASE) MCG/ACT Aero Soln | Inhale 2 puffs every 6 hours as needed for Wheezing. | | 0 | | |
| amLODIPine 10 MG Tab | Take 1 tablet by mouth daily. | | 0 | | |
| Bictegravir-Emtricitab-Tenofov 50-200-25 MG tablet tablet | Take 1 tablet by mouth daily. | | 0 | | |
| Amitriptyline 10 MG tablet | Take 1 tablet by mouth At bedtime. | | 0 | | |

**DEFENDANTS' EXHIBIT B (Page 21 of 25)**          DRC006499

**Ross Correctional Institution**
16149 State Route 104   Chillicothe, OH 45601
(740) 774-7050  Fax:

*March 19, 2026*
Page 7
Clinical Summary

## LONNIE B THOMPSON (A640614)
Male  DOB: ███████        1871375660

| | | | | |
|---|---|---|---|---|
| Docusate 100 MG capsule | Take 1 capsule by mouth 2 times daily as needed for Constipation. | | 0 | 03/16/2023 |
| fluticasone-salmeterol 100-50 MCG/DOSE Aerosol Powder, breath activated inhaler | Inhale 1 puff every 12 hours. | | 0 | |
| ibuprofen 600 MG tablet | Take 1 tablet by mouth every 6 hours as needed. Take with food | 20 tablet | 0 | 11/23/2022 |
| losartan 50 MG tablet | Take 1 tablet by mouth 2 times daily. | | 0 | |
| Oxybutynin 5 MG tablet | Take 1 tablet by mouth every 8 hours as needed for Bladder Spasm (mild bladder spasms ). | | 0 | 03/16/2023 |
| oxybutynin CR 10 MG Tab SR 24 HR tablet | Take 1 tablet by mouth daily. | 14 tablet | 0 | 07/20/2023 |
| Sulfamethoxazole-trimethoprim (Bactrim DS) 800-160 MG per tablet | Take 1 tablet by mouth 2 times daily for 5 days. | 10 tablet | 0 | 07/20/2023  07/25/2023 |
| Tamsulosin HCl 0.4 MG capsule | Take 1 capsule by mouth daily. | 14 capsule | 0 | 07/20/2023 |

documented as of this encounter

## H&P Notes

- Megan A Stout, MD - 07/20/2023 12:59 PM EDT: Formatting of this note is different from the original.
  HPI
  Lonnie B Thompson is a 66 y.o. with history of Bladder cancer [C67.9]

  No recent fevers or new LUTS
  Does not take any blood thinners or ASA
  NPO since midnight
  Denies changes in medical history
  Ready for OR

  Past Medical History
  He has a past medical history of Asthma, BPH (benign prostatic hyperplasia), Colon polyps, Essential hypertension, benign, GSW (gunshot wound), MRSA infection, Nocturia, Seizure, Spinal stenosis, and Urethral cancer.

  Past Surgical History
  He has a past surgical history that includes neck surgery; lipoma resection; colonoscopy diagnostic (N/A, 7/10/2015); prostatectomy transurethral electrosurgical (turp) (N/A, 11/23/2022); cystourethroscopy w/ fulguration/resection lesion bladder (turb) (N/A, 3/15/2023); prostatectomy transurethral residual tissue (redo turp) (Bilateral, 3/15/2023); and fine needle aspiration biopsy without image guidance first lesion (N/A, 3/15/2023).

  Medications
  He has a current medication list which includes the following prescription(s): albuterol, amlodipine, bictegravir-emtricitab-tenofov, acetaminophen, amitriptyline, docusate, fluticasone-salmeterol, ibuprofen, losartan, oxybutynin, and tramadol, and the following Facility-Administered Medications: lactated ringers, cefazolin, hexaminolevulinate, lactated ringers, and [MAR Hold] lidocaine hcl urethral/mucosal.

**DEFENDANTS' EXHIBIT B (Page 22 of 25)**          DRC006500

**Ross Correctional Institution**
16149 State Route 104   Chillicothe, OH 45601
(740) 774-7050  Fax:

*March 19, 2026*
Page  8
Clinical Summary

**LONNIE B THOMPSON (A640614)**
Male  DOB:          1871375660

Allergies
He is allergic to vancomycin, hydrocortisone, and cortisol.

Social History
He reports that he quit smoking about 38 years ago. His smoking use included cigarettes. He has never used smokeless tobacco. He reports that he does not drink alcohol and does not use drugs.

Review of Systems
14 pt ROS found to be normal except for as stated above

Physical Exam
BP 170/85 (BP Location: Left arm, BP Position: Lying) | Pulse 59 | Temp 98 °F (36.7 °C) (Oral) | Resp 17 | Ht 1.753 m (5' 9") | SpO2 98% | BMI 25.99 kg/m² | Smoking Status Former
Constitutional: NAD, resting comfortably in bed
HEENT: NCAT
Cardiovascular: Regular rate.
Pulmonary/Chest: Respirations are even and non-labored bilaterally.
Abdominal: Soft. No distension, tenderness, masses or guarding. No CVA tenderness.
Neurological: A + O x 3.
Extremities: MOE x 4, Warm.
Skin: Pink, warm and dry.
Psychiatric: Normal mood and affect

Labs
Lab Results
Component Value Date
SODIUM 137 03/16/2023
POTASSIUM 4.0 03/16/2023
CHLORIDE 104 03/16/2023
CO2 27 03/16/2023
BUN 16 03/16/2023
CREATSERUM 1.46 (H) 03/16/2023
GLUCOSE 124 (H) 03/16/2023

Lab Results
Component Value Date
WBC 5.93 03/16/2023
HGB 11.0 (L) 03/16/2023
HCT 34.4 (L) 03/16/2023
PLATELET 216 03/16/2023
MCV 99.1 (H) 03/16/2023

No results found for: "PSA"
Lab Results
Component Value Date
CREATSERUM 1.46 (H) 03/16/2023
CREATSERUM 1.31 (H) 03/15/2023

Assessment
Lonnie B Thompson is a 66 y.o. male who presents with Bladder cancer [C67.9]

Plan
1. To OR for Procedure(s):
CYSTOURETHROSCOPY W/ FULGURATION/RESECTION LESION BLADDER (TURB) CYSVIEW UROGRAPHY/PYELOGRAPHY RETROGRADE

Megan A Stout, MD

**DEFENDANTS' EXHIBIT B (Page 23 of 25)**          DRC006501

**Ross Correctional Institution**
16149 State Route 104   Chillicothe, OH 45601
(740) 774-7050  Fax:

*March 19, 2026*
*Page 1*
*ALP Sick Call*

**LONNIE B THOMPSON (A640614)**
Male  DOB: ▮▮▮▮▮▮    1871375660

**04/11/2023 - ALP Sick Call: ALP Sick Call - oncology f/u**
**Provider: Kelli Cardaras-CNP**
**Location of Care: Ross Correctional Institution**

## Encounter Context
**Parent Institution at time of evaluation:** Ross Correctional Institution
**Age at Time:** 66 Years Old

## Current Vital Signs
**Date/Time Vitals were taken:** April 11, 2023 11:44 AM
**Previous Height:** 69 (04/07/2023 8:53:42 AM)   **Previous Weight:** 186 (04/07/2023 8:53:42 AM)
**Does weight include shackles?** Without Shackles
**Current Weight (lbs) Without Shackles:** 181  **BMI:** 26.83
   **Sitting BP:** 160 / 85
**Temperature:** 97.0   **Temperature site:** Oral
**Pulse rate:** 71   **Pulse rhythm:** Regular
**Respirations:** 16  **Respiration Type:** Regular
   **Pulse Ox%** 96  **Room Air:** Yes

## HPI
**Chief complaint:** F/u oncology visit
**History of presenting illness:** Pt here for f/u after oncology visit for bladder cancer. Pt upset that he is having "kidney pain" and needs "mental health" and having trouble sleeping. Pt states he doesn't understand why Elavil wasn't reordered. Upset that he didn't get the ordered Ditropan while he had his catheter (he has med now) and that his pain wasn't controlled, and he is suing the State. Pt very agitated and not listening to ALP while questioning him about the back ("kidney") pain, pt is talking rapidly and interrupting. Very defensive when asked to clarify symptoms, when they began, etc. Last ALP visit, pt did not mention this, only bladder spasms, which is why the Ditropan was ordered.
**Is there another issue?** No

## Physical Examination
General

## General
Patient is alert and oriented and in no acute distress
Appears well today exam deferred.

## Rectal
**Hemoccult Previous**
1+ (11/04/2018 1:10:34 PM)

## Assessment

## Plan
**Is this visit related to Pandemic?** No

**DEFENDANTS' EXHIBIT B (Page 24 of 25)**            **DRC006502**

**Ross Correctional Institution**
16149 State Route 104   Chillicothe, OH 45601
(740) 774-7050  Fax:

*March 19, 2026*
Page 2
ALP Sick Call

**LONNIE B THOMPSON (A640614)**
Male  DOB:                      1871375660

**Is this patient a COVID-19 POSITIVE patient?** No

Asked HCA to come into office to participate in visit d/t pt very agitated, threatening lawsuit, etc . States he is very stressed because of his back pain, worry about his cancer diagnosis and treatment, upset because he couldn't understand the oncologist very well (due to Dr's accent and sound transmission problems) and his mental health issues/sleep issues. Pt allowed to vent feelings. Then explained to patient that his kidney function is normal, that his back pain is musculoskeletal (Pt admits he thought "back pain" only referred to pain in the spine). Also explained that the Elavil that he was requesting after surgery could safely not be ordered with the MH med he was previously on or with the Ditropan. Additionally the Ditropan was intended for use while catheterized as it can cause urinary retention, as can Elavil. Pt admits he is no longer having bladder spasms and his urination is normal. Rarely has small amt of visible blood. Explained to pt if he chooses to stop the Ditropan, Elavil can be prescribed for back pain, however his MH/sleep issues still should be addressed by his MH provider.  Pt states he would like to stop the Ditropan because it makes him feel funny and have dry mouth. Pt is no longer on Remeron. Can start Elavil 50mg PO QPM for chronic back pain. Reminded pt of possible adverse effects and to notify staff if any concerns. Pt much more calmer and apologetic for getting upset. States he now understands everything. F/u after BCG tx and on CCC as scheduled.

Consultant recommendations discussed for f/u CT and f/u in clinic after CT, BCG tx, and urology visit. Reviewed BCG procedure.

**Medical Classification if initiated or changed:** 1
Return to Clinic PRN

## New Orders
**New Orders:**
CT UROGRAM W & WO CONT [74178]
Hema/Onc Follow-Up [468]

**Electronically signed by Kelli Cardaras-CNP on 04/11/2023 at 3:48 PM**

---

**DEFENDANTS' EXHIBIT B (Page 25 of 25)**          DRC006503