IN THE UNITED STATES DISTRIC COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

LONNIE THOMPSON,                          :

         Plaintiff,     FILED     :     Case No. **1:23-cv-01656**

APR 2 7 2026                              :

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO          :     **Judge Pamela A. Barker**
CLEVELAND

    v.                                 :

JULIE A. HENSLEY, et al.,                 :     Magistrate Judge James E. Grimes Jr.

         Defendants.                  :

---

**MOTION FOR EXTENSION OF TIME
PURSUANT TO Fed.R.Civ.P. 6(b)**

---

Now comes the Plaintiff, Lonnie Thompson who respectfully requests this Honorable Court

Grant this Motion For Extension of Time for thirty (30) days to answer Defendants' Motion For

Summary Judgment.

For the reasons set forth in the attached Memorandum In Support with this request.

Respectfully submitted,

Lonnie Thompson, pro-se
# 640-614
Trumbull Correctional Institution
Post Office Box 901
Leavittsburg, OH 44430

## MEMORANDUM IN SUPPORT

The Plaintiff respectfully request this Honorable Court to Grant this Motion For Extension due to the fact that the Plaintiff has just now received a CD Diskette from Ohio State University Hospital which contains the Plaintiff's Medical Records.  This Motion For Extension of Time would be for thirty (30) days from the date that the Plaintiff's Response to the Defendant's Motion For Summary Judgment.  The due date for Plaintiff is May 1st, 2026.  The Extension of Time would put the Plaintiff's response to June 1st, 2026.  This request is not to delay nor cause a burden to the Defendant.

These records on the CD Diskette are formatted as a "PDF" file and contain the necessary information to give rebuttal and proof for the Plaintiff to submit as evidence and/or exhibits as to the Plaintiff's claims against the Defendant.  Unfortunately, the device needed to review said medical records does not work in the prison library where only such CD Diskette are able to be read.  The Plaintiff has been informed by the Trumbull Correctional Institutional Librarian that the device (CD ROM) is being replaced and should be available within the thirty (30) day period in which the Plaintiff is requesting the extra time for.  Then the Plaintiff can print the necessary medical records off of said CD Diskette and accordingly prepare his response to Defendant's Summary Judgment.

These medical records that are on the CD Diskette are all doctor ordered prescriptions and treatments ordered by Ohio State University Hospital in Columbus, OH.  The very same said medical records in dispute in front of the Court.

The Plaintiff prays that he has shown good cause and that this Honorable Court Grant said request for this Motion For Extension of Time.

Respectfully submitted,

Lonnie Thompson, pro-se
# 640-614

## CERTIFICATE OF SERVICE

I, Lonnie Thompson do certify that a true copy of the Motion For Extension of Time was sent via the United States Postal Service available from the Trumbull Correctional Institution's inmate mailbox to the Ohio Attorney General Office located at 30 East Broad Street, 23rd Floor, Columbus, OH 43215 on this 17th day of April, 2026

Lonnie Thompson, pro-se
# 640-614
Trumbull Correctional Institution
Post Office Box 901
Leavittsburg, OH  44430