Mr. Lonnie Thompson
# 640-614
Trumbull Correctional Institution
Post Office Box 901
Leavittsburg, OH   44430



CLEVELAND OH 440

23 APR 2026 PM 8 L

FOREVER / USA

United States District Court
Clerk of the Court
801 W. Superior Avenue
Cleveland, OH   44113

44113-183025