



DEFENDANT'S EXHIBIT D (Page 2 of 9)





# OHIOCHECKBOOK

An official State of Ohio site. Here's how you know ⌄

INNOVATEOhio

## State Employee Salaries

**Back To Salaries**

Employee salaries can be viewed by state agency or further in detail by an individual state employee. Gross wages may include, but are not limited to: on duty, leave conversion, separation leave payout, overtime and base earnings. Some employees may not have worked a complete year in their current position so gross wages may not be equivalent to full annual salary. For questions or more information, please contact Questions@OhioCheckbook.gov ⌷

Putting government **transparency** at your fingertips.

**VIEW PAYROLL BY AGENCY**   PAYROLL BY EMPLOYEE

EXPORT ALL

| SEARCH NAMES | JOB TITLE | AGENCY | PAY TYPE | YEAR | PAY PERIOD END | Show Top |
|---|---|---|---|---|---|---|
| CARDARAS | (All) | Department of Rehabilitation an... | (All) | 2022 | (All) | 200 |

**Pay Type**
■ Base Earnings

*Click an employee to view payroll detail*

| Name | Job Title | Agency | Max. Hourly Rate | | Amount |
|---|---|---|---|---|---|
| KELLI CARDARAS | Correctional Nurse Practi.. | Department of Rehabilita.. | ▮▮▮▮ | | ▮▮▮▮ |

**Last refresh date: 6/6/2026 5:16:19 PM**

An official State of Ohio site. Here's how you know ⌄

# OHIOCHECKBOOK

INNOVATE**O**hio

## State Employee Salaries

Back To Salaries

Putting government **transparency** at your fingertips.

VIEW PAYROLL BY AGENCY  PAYROLL BY EMPLOYEE

EXPORT ALL

| SEARCH NAMES | JOB TITLE | AGENCY | PAY TYPE | YEAR | PAY PERIOD END | Show Top |
|---|---|---|---|---|---|---|
| CARDARAS | (All) | Department of Rehabilitation an... | (All) | 2023 | (All) | 200 |

### Pay Type
▮ Base Earnings

Employee salaries can be viewed by state agency or further in detail by an individual state employee. Gross wages may include, but are not limited to: on duty, leave conversion, separation leave payout, overtime and base earnings. Some employees may not have worked a complete year in their current position so gross wages may not be equivalent to full annual salary. For questions or more information, please contact Questions@OhioCheckbook.gov.

Click an employee to view payroll detail

| Name | Job Title | Agency | Max. Hourly Rate | Amount |
|---|---|---|---|---|
| KELLI CARDARAS | Correctional Nurse Practi.. | Department of Rehabilita.. | ▮▮▮▮ | |

Last refresh date: 6/6/2026 5:16:19 PM

**DEFENDANT'S EXHIBIT D (Page 6 of 9)**





