**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**

**Lonnie Thompson,**

**Plaintiff,**

**-vs-**

**Kelli Cardaras,**

**Defendant.**

**Case No. 1:23-cv-01656**

**JUDGE PAMELA A. BARKER**

**JUDGMENT ENTRY**

For the reasons stated in the Memorandum Opinion and Order issued on November 19, 2026 (Doc. No. 98), the Court GRANTS Defendant Kelli Cardaras's Motion for Summary Judgment (Doc. No. 94) and dismisses Plaintiff Lonnie Thompson's Amended Complaint (Doc. No. 57). This case is hereby TERMINATED.

**IT IS SO ORDERED.**

*s/Pamela A. Barker*
PAMELA A. BARKER
U.S. DISTRICT JUDGE

Date: November 19, 2026